IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Private Suite IAD, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Metropolitan Washington<br>Airports Authority,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 1:26-cv-349<br>)<br>)<br>)<br>)<br>)<br>) |

**EMERGENCY MOTION FOR TEMPORARY INJUNCTIVE RELIEF**

The Private Suite IAD, LLC ("PS") files this Emergency Motion for Temporary Injunctive relief against the Metropolitan Washington Airports Authority ("MWAA"). In support thereof, PS files an accompanying memorandum in support, and relies also on the following exhibits:

- Exhibit 1 — Lease between MWAA and Secretary of Transportation
- Exhibit 2 — Original RFP
- Exhibit 3 — MWAA Contracting Manual
- Exhibit 4 — February 2025 Protest
- Exhibit 5 — April 2025 Protest
- Exhibit 6 — April 2025 Board Protest
- Exhibit 7 — Amendment 5 to Original RFP
- Exhibit 8 — New RFP
- Exhibit 9 — Attachment 01
- Exhibit 10 — Congressional Letter
- Exhibit 11 — Amendment 2 to new RFP
- Exhibit 12 — November 2025 Protest to VP
- Exhibit 13 — VP Denial of Protest
- Exhibit 14 — December 2025 Protest to CEO
- Exhibit 15 — CEO Denial of Protest
- Exhibit 16 — Board Denial of Protest
- Exhibit 17 — December 2025 Protest to Board

-1-

**RESPECTFULLY SUBMITTED** this the 5th day of February, 2026.

        **THE PRIVATE SUITE IAD, LLC**

        */s/ Andrew J. Narod*
        Andrew J. Narod (D.C. Bar No. 1006083)
        Erik M. Coon (D.C. Bar No. 1656075)
        Bradley Arant Boult Cummings LLP
        1900 K Street, NW
        Suite 800
        Washington, D.C. 20006
        P: 202.719.8271
        F: 202.719.8371
        anarod@bradley.com
        ecoon@bradley.com

        R. Sumner Fortenberry (MS Bar No. 106292)
        *Pro Hac Vice Application Forthcoming*
        Bradley Arant Boult Cummings LLP
        188 E. Capitol St., Suite 1000
        Jackson, MS 39202
        Tel: (601) 592-9922
        Email: sfortenberry@bradley.com

        *Attorneys for The Private Suite IAD, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 65.1, I hereby certify that on the 5th day of February, 2026, a copy of the foregoing was submitted via the Court's CM/ECF system. In addition, I certify that the following additional parties were served on the same date via hand delivery; certified mail; and email to:

    Felice C. Smith
    Vice President and Secretary, Board of Directors
    Metropolitan Washington Airports Authority
    Felice.Smith@MWAA.com
    2733 Crystal Drive,
    Arlington VA 22202

And via email only to:

    Julia Hodge
    Vice President, Office of Supply Chain Management
    Metropolitan Washington Airports Authority
    Julia.Hodge@MWAA.com

    Donald Laffert
    Senior Attorney
    Metropolitan Washington Airports Authority
    Donald.Laffert@MWAA.com

                                         /s/ *Andrew J. Narod*
                                         Andrew J. Narod