**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY**

PROCUREMENT AND CONTRACTS DEPARTMENT
1 AVIATION CIRCLE | WASHINGTON, DC 20001-6000 | (703) 417-8660 | WWW.MWAA.COM

# SOLICITATION, OFFER AND AWARD

## SOLICITATION

| | |
|---|---|
| Number | **RFP-23-21311** |
| Title | **Remote VIP Passenger Processing Services for Commercial Airline Flights at Washington Dulles International Airport** |
| Point of Contact | **Kevin Green (703) 417-8666** |

## OFFER

| | |
|---|---|
| Company Name | |
| Company Address | |
| Name & Title of Primary Point of Contact (POC) | |
| POC Telephone Number & Email | |

**Acknowledgment of Amendments**
*(Offeror acknowledges receipt of Amendments to this Solicitation.  Provide number and date of each.)*

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | |

| | |
|---|---|
| Name & Title of Authorized Signatory | |
| Signature | |
| Date | |

## AWARD (MWAA Use Only)

| | |
|---|---|
| Contract Number | |
| Award Amount | |
| Contract Effective Date | |
| Contracting Officer | |
| Signature | |
| Date | |

# TABLE OF CONTENTS

**SECTION I: SOLICITATION OFFER AND AWARD** — **1**

**SECTION II: TABLE OF CONTENTS** — **2**

**SECTION III: FINANCIAL OFFER** — **5**

**SECTION IV: REPRESENTATIONS AND CERTIFICATIONS** — **6**

| 1 | Type of Business Organization | 6 |
| 2 | Parent Company and Identifying Data | 6 |
| 3 | Firm Identification | 7 |
| 4 | Authorized Negotiators | 7 |
| 5 | Small Local Business Enterprise (SLBE) Representation | 7 |
| 6 | Airport Disadvantaged Business Enterprise (ACDBE) Representation | 7 |
| 7 | Subcontractors (Concessions) | 7 |
| 8 | Conflict of Interest | 8 |
| 9 | Certification of Independent Price Determination | 8 |
| 10 | Certification of Compliance With Employment Eligibility Verification, Form I-9 | 9 |
| 11 | Certification of Enrollment in E-Verify | 9 |
| 12 | Certification Regarding Debarment, Suspension and Other Responsibility Matters | 9 |
| 13 | Insurance Affidavit | 11 |
| 14 | SAFETY Act | 11 |
| 15 | Telecommunications and Video Surveillance Services or Equipment | 11 |
| 16 | RESERVED | 12 |
| 17 | RESERVED | 12 |
| 18 | RESERVED | 12 |
| 19 | RESERVED | 12 |
| 20 | Authorization to Do Business in the Commonwealth of Virginia | 12 |

**SECTION V: SOLICITATION PROVISIONS** — **13**

| 1 | Purpose and Scope | 13 |

2     Definitions     13

3     Contract Type     14

4     RESERVED     14

5     Method of Procurement; Basis of Award     14

6     Submission of Offers     15

7     Documents Required in Response to Solicitation     16

8     Pre-Proposal/Pre-Bid Conference     16

9     Questions and Answers     16

10     Acknowledgment of Amendments to Solicitations     16

11     Late Submission, Modifications, and Withdrawals of Offers     17

12     Reserved     17

13     Minimum Acceptance Period     17

14     Reserved     17

15     Taxes     17

16     Small Local / Airport Concession Disadvantaged Business Participation     17

17     Due Diligence     17

18     Prerequisites for Award     18

19     Policies of the Authority     19

20     Notice to Offerors     19

21     Protests     19

22     Freedom of Information Policy     20

23     Title VI Solicitation Notice     20

24     Proposal Guarantee     20

**SECTION VI: SPECIAL PROVISIONS**     **21**

1     Contract Term     21

2     RESERVED     21

3     Location and Working Hours     21

4     RESERVED     21

5    RESERVED    21

6    RESERVED    21

7    Insurance    21

8    Department of Labor Occupational Safety and Health Standards    26

9    Non-Disclosure and Confidentiality Agreement    27

10    Prohibition on Posting of Plans and Specifications on Web Sites    27

11    Indemnification    27

12    Contractor Personnel    27

13    Key Personnel    27

14    English Speaking Representative    28

15    Contracting Officer's Technical Representative (COTR)    28

16    Telecommunications and Video Surveillance Services or Equipment    28

17    RESERVED    29

18    Performance Guarantee    29

SECTION VII: RESERVED    30

SECTION VIII: ATTACHMENTS    31

01: Statement of Work    31

02: Phase I Technical Evaluation Criteria and Proposal Submission Requirements    31

03: Site Map Image    31

04: Washington Dulles International Airport Air Traffic Statistics    31

05: Standard Provisions for Concession Contracts (March 23, 2022)    31

## SECTION III: FINANCIAL OFFER

The Airports Authority (Authority) is utilizing a two-phase, competitively negotiated "Best Value" procurement method as detailed in Section V.5. This Solicitation is applicable to both phases, hereinafter referred to as Phase I and Phase II.

Phase I requires submission of a Technical Proposal based on the Statement of Work provided in Attachment 01. A Financial Offer is not required as part of Phase I.

Those Offerors who are invited to participate in Phase II of the procurement process will be required to submit a Technical Proposal based on the Phase II proposal submission requirements and evaluation criteria and complete a Financial Offer.

## SECTION IV: REPRESENTATIONS AND CERTIFICATIONS

**1      Type of Business Organization**

The Offeror, by checking the applicable box, represents that:

A.      It operates as [ ] a corporation incorporated under the laws of the State of _____,
[ ] an individual, [ ] a partnership, [ ] a nonprofit organization, or [ ] a joint venture.

B.      If the Offeror is a foreign entity, it operates as [  ] an individual, [  ] a partnership, [  ] a nonprofit organization, or [ ] a joint venture, or [ ] a corporation, registered for business in _____ (country).

**2      Parent Company and Identifying Data**

A.      A parent company, for the purpose of this provision, is one that owns or controls the activities and basic business policies of the Offeror. To own the Offeror's company means that the parent company must own at least 51% of the voting rights in that company. A company may control an Offeror as a parent company even though it does not meet the requirement for such ownership if the parent company is able to formulate, determine, or veto basic policy decisions of the Offeror through the use of dominant minority voting rights, use of proxy voting, or otherwise.

B.      The Offeror _____ (Company Name) [  ] is, [  ] is not (check applicable box) owned or controlled by a parent company.

C.      If the Offeror checked "is" in paragraph B. above, it shall provide the following information:

Name and Main Office Address of          Parent Company's Employer's
Parent Company (include zip code)         Identification Number

_____          _____
_____
_____
_____

D.      If the Offeror checked "is not" in paragraph B. above, it shall insert its own Employer's Identification Number on the following line:

_____

E.      The Offeror (or its parent company) [ ] is, [ ] is not (check applicable box) a publicly traded company.

F.      Principal(s), for the purposes of this certification, means officers; directors; owners; partners; and persons having primary management or supervisory responsibilities within a business entity (*e.g.*, general manager; plant manager; head of a subsidiary, division, or business segment, and similar  positions).

The Offeror shall insert the name(s) of its principal(s) on the following line:

_____

**3      Firm Identification**

The Offeror is requested to complete the below:

DUNS Identification Number _____ (assigned by Dun & Bradstreet, Inc., and contained in its Data Universal Numbering System, D-U-N-S). If no number has been assigned by Dun & Bradstreet, Inc., insert the word "none."

**4      Authorized Negotiators**

The Offeror represents that the following persons are authorized to negotiate on its behalf with the Metropolitan Washington Airports Authority (Authority) in connection with this Solicitation:

_____
_____

**5      Small Local Business Enterprise (SLBE) Representation**

A.    An SLBE is defined as a small business concern that is organized for profit and is located within a 100-mile radius of the District of Columbia's zero-mile marker.  Located means that as of the date of its SLBE application, the business entity has an established office or place of business within a city, county, or town within the 100-mile radius referenced above.  A small business is defined, for SLBE purposes, as a firm that is not dominant in its field, and that meets the U.S. Small Business Administration's (SBA) small business size standards for the goods or services it will be providing in response to a specific solicitation.

B.    The Offeror represents and certifies that it [ ] is, [ ] is not an SLBE as defined above.  If the Offeror is an SLBE, it further represents and certifies that there have been no material changes in the information provided with its most recent application for certification, and the Offeror continues to meet the Authority's criteria for SLBE certification.

C.    Proposed SLBEs must be certified by the Authority's Department of Supplier Diversity by no later than the Solicitation due date.  Additional information is available at https://mwaa.diversitycompliance.com.

**6      Airport Disadvantaged Business Enterprise (ACDBE) Representation**

A.    To qualify as an ACDBE under 49 CFR Part 23 and 26, a business concern must meet the applicable size standard and must be a small business (as defined by the Small Business Administration), which is: a) at least 51% owned and controlled by one or more socially and economically disadvantaged individuals, or in the case of any publicly owned business, at least 51% of the stock is owned by one or more socially and economically disadvantaged individuals; and (b) whose management and daily business operations are controlled by one or more of the socially and economically disadvantaged individuals who own

B.    The Offeror represents and certifies that it [ ] is, [ ] is not an ACDBE as defined above.  If the Offeror is an ACDBE, it further represents and certifies that there have been no material changes in the information provided with its most recent application for certification, and the Offeror continues to meet the Authority's criteria for ACDBE certification.

**7      Subcontractors (Concessions)**

A.    If the Offeror proposes to use any Subcontractor, the Offeror must furnish with its Phase II Offer:

1.    a signed Subcontractor Utilization Plan (SLBE);

2. a signed Letter of Intent or executed subcontract agreement for each SLBE Subcontractor included on the Subcontractor Utilization Plan.

3. a signed Utilization Plan (ACDBE);

4. a signed Letter of Intent and draft subcontract agreement for each Subcontractor included on the Utilization Plan.

Templates of Authority forms are available at: https://www.mwaa.com/business/contracting-manuals-forms-and-other-resources

B. The Offeror represents that it intends to utilize the Subcontractor(s) listed on its (Subcontractor) Utilization Plan(s) if awarded a Contract as a result of this Solicitation. Once Contract award has been made, the Offeror shall not deviate from use of the Subcontractor(s) listed on its (Subcontractor) Utilization Plan(s) without Contracting Officer approval.

C. Any Subcontractors identified as SLBE or ACDBE must meet the criteria outlined above.

Note: Commitment Letters are acceptable in lieu of the Subcontractor Utilization Plan and Letter of Intent for the design and construction portion of the contract.

## 8    Conflict of Interest

The Offeror shall disclose below any representation, activity, or relationship involving the Offeror or its employees that may give rise to a conflict of interest were it selected for Contract award, which conflict would or could disqualify it from providing goods or services under the Contract absent a waiver from the Authority and/or other entities.  In the case of such a conflict of interest, the Authority will make the final determination whether the conflict prevents the Offeror from participating in this Solicitation.  If no conflicts exist, insert the word, "none."

_____

_____

## 9    Certification of Independent Price Determination

A. The Offeror certifies that :

1. The prices in its Offer will be arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other Offeror or competitor relating to (a) those prices, (b) the intention to submit an offer, or (c) the methods or factors used to calculate the prices offered;

2. The prices in its Offer will not be knowingly disclosed by the Offeror, directly or indirectly, to any other offeror or competitor before bid opening or contract award, as appropriate, unless otherwise required by law; and

3. No attempt will be made by the Offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

B. Each signature of the Offeror is considered to be a certification by the signatory that the signatory:

1. Is the person in the Offeror's organization responsible for determining the prices being offered in its Offer, and that the signatory has not participated and will not participate in any action contrary to subparagraphs A.1. through A.3. above, or

2. a. Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs A.1. through A.3. above

*(Insert full name of person(s) in the Offeror's organization responsible for determining the prices offered in this Offer, Bid, or Proposal, and the title of his or her position in the Offeror's organization.)*

    b.    As an authorized agent, certifies that the principals named in subdivision B.2.a. above have not participated, and will not participate, in any action contrary to subparagraphs A.1. through A.3. above, and

    c.    As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs A.1. through A.3. above.

C.    If the Offeror deletes or modifies subparagraph A.2. above, the Offeror must furnish with its Offer a signed statement setting forth in detail the circumstances of the disclosure.

## 10    Certification of Compliance With Employment Eligibility Verification, Form I-9

The Offeror certifies that it [ ] is [ ] is not in compliance with the Immigration Reform and Control Act of 1986, Pub. L. 99-603 (8 U.S.C. 1324a) and the regulations issued thereunder.  The Offeror also certifies that its subcontractors are in compliance with the Immigration Reform and Control Act of 1986 and the regulations issued thereunder.

## 11    Certification of Enrollment in E-Verify

A.    If the Phase II financial offer is anticipated to be over $100,000 the following applies:

    1.    The Offeror certifies that it:

    [ ]    is currently enrolled as a [ ] non-Federal Contractor, [ ] Federal Contractor (note that the Airports Authority is not a federal entity and contractors are prohibited from verification of existing employees under any contract with the Airports Authority) in the E-Verify Program for employment verification operated by the U.S. Department of Homeland Security in partnership with the Social Security Administration and will continue to be enrolled, if awarded a Contract, for the entire term of such Contract.

    OR

    [ ]    will enroll as a non-Federal contractor in the E-Verify Program for employment verification operated by the U.S. Department of Homeland Security in partnership with the Social Security Administration within 30 days of Contract award and will continue to be enrolled, if awarded a Contract, for the entire term of such Contract, but is not currently enrolled in the E-Verify Program.

    2.    <u>Certification</u>.  As verification of this representation, the Offeror is encouraged to attach a copy of proof of enrollment, such as its "Maintain Company" page from the E-Verify Website

B.    If the Phase II financial offer is anticipated to be less than $100,000, this provision is not applicable.

## 12    Certification Regarding Debarment, Suspension and Other Responsibility Matters

A.    1.    The Offeror certifies, to the best of its knowledge and belief, that -

    a.    The Offeror and/or any of its Principals -

(1)     Have [ ] have not [ ] been debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal, state, or local agency within the three (3) year period preceding this offer;

(2)     Have [ ] have not [ ] had contractor or business license revoked within the three (3) year period preceding this offer;

(3)     Have [ ] have not [ ] been declared non responsible by any public agency within the three (3) year period preceding this offer;

(4)     Have [ ] have not [ ], within the three (3) year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or sub-contract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; violation of labor, employment, health, safety or environmental laws or regulations;

(5)     Have [ ] have not [ ], within the three (3) year period preceding this offer, been indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subparagraph A.1.a.(4). of this provision; and

(6)     All performance evaluations within the three (3) year period preceding this offer have [ ] have not [ ] received a rating of satisfactory or better. If not, please provide a copy of the evaluation with detailed explanation.

b.     The Offeror has [ ] has not [ ] within the three (3) year period preceding this offer, had one or more contracts terminated for default by any Federal, state or local agency.

c.     The Offeror represents that it is [ ] is not [ ] a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

d.     The Offeror represents that it is [ ] is not [ ] a corporation that was convicted of a criminal violation under any Federal law within the preceding 24 months.

2.     "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

B.     The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to Contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

C.     A certification that any of the items in paragraph A. of this provision exists will not necessarily result in withholding of an award under this Solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror non-responsible.

D.   Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph A. of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

E.   The certification in paragraph A. of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, the Contracting Officer may terminate the Contract resulting from this Solicitation for default.

F.   **Offeror Certification**. By submitting an offer under this Solicitation, the Offeror certifies that neither it nor its principals are presently debarred or suspended by any Federal department or agency from participation in this transaction.

G.   **Lower Tier Contractor Certification** The successful Offeror, by administering each lower tier subcontract that exceeds $25,000 as a "covered transaction", must verify each lower tier participant of a "covered transaction" under the project is not presently debarred or otherwise disqualified from participation in this federally assisted project. The successful Offeror will accomplish this by:

1.   Checking the System for Award Management at website:  http://www.sam.gov

2.   Collecting a certification statement similar to the Certificate Regarding Debarment and Suspension (Bidder or Offeror), above.

3.   Inserting a clause or condition in the covered transaction with the lower tier contract

If the Federal Aviation Administration ("FAA") later determines that a lower tier participant failed to disclose to a higher tier participant that it was excluded or disqualified at the time it entered the covered transaction, the FAA may pursue any available remedies, including suspension and debarment of the non-compliant participant.

## 13   Insurance Affidavit

The Offeror certifies that it [ ] has [ ] has not read and reviewed the insurance provisions of the Solicitation with its insurance agent, broker, or representative.  The Offeror is required to submit an Insurance Affidavit form (Affidavit) with its Phase II Offer and proof of insurance as a condition of Contract award.  The Affidavit, which can be accessed at https://www.mwaa.com/business/contracting-manuals-forms-and-other-resources, must be completed by the Offeror and its insurance provider.

The Authority may declare any Offer as non-responsive if it is made without this Affidavit or if it is made with an incomplete Affidavit.  For purpose of defining Additional Insured and Waiver of Subrogation, the term "MWAA, Airports Authority, or Authority" shall mean the elected officials, boards, officers, employees, agents, and representatives of the Board.

## 14   SAFETY Act

With respect to the goods and/or services the Authority is procuring in this Solicitation, the Offeror certifies that it [ ] has [ ] does not have a Designation and/ or Certification for such goods and/or services under the SAFETY Act (6 U.S.C. 441 *et seq.*) or such Designation or Certification is [ ] not applicable for such goods and/or services.

## 15   Telecommunications and Video Surveillance Services or Equipment

In accordance with Federal Acquisition Regulation (FAR) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment, the Offeror is prohibited from providing covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system.

The Offeror represents that it is not providing to the Authority any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, as such terms are defined in FAR 52.204-25.

**16    RESERVED**

**17    RESERVED**

**18    RESERVED**

**19    RESERVED**

**20    Authorization to Do Business in the Commonwealth of Virginia**

The Offeror certifies that it [  ] is [  ] is not authorized to do business in the Commonwealth of Virginia.

## SECTION V: SOLICITATION PROVISIONS

**1    Purpose and Scope**

The Airports Authority is seeking proposals from all interested and qualified offerors desiring to develop, lease, and operate a Remote VIP Passenger Processing Service for Commercial Airline Flights at Washington Dulles International Airport (herein after referred to as "Remote VIP Services") to receive, screen, and transport passengers and their luggage to/from gated commercial aircraft, obtain and provide the necessary airport, airline, and federal approvals and contracts, such as those required by the FAA, Transportation Security Administration ("TSA"), and U.S. Customs and Border Protection ("CBP"), and to provide passenger lounge services and amenities.

The contractor will be required to:
- Construct a new, state-of-the-art Remote VIP Services facility at 45041 Compass Court, Dulles, VA 20166. The offered site is located in a historic district and requires that any improvement, modification, or new construction adhere to Section 106 of the National Historic Preservation Act of 1966 ("NHPA").
- Receive, screen, and transport passengers and their luggage to/from gated commercial aircraft.
- Within the facility, provide:
    1. Passenger and luggage check-in services through established agreements with airlines.
    2. A dedicated security screening checkpoint approved by the Department of Homeland Security.
    3. A facilitated customs experience for passengers arriving internationally.
    4. A sterile area that shall host TSA and CBP personnel.
    5. Amenities such as food and bar service, private suites, restrooms, Wi-Fi and secured parking.
- Escort passengers on the airfield between the facility and the commercial aircraft via luxury vehicle.
- Obtain and maintain the necessary airport, airline, and federal approvals and contracts, such as those required by the FAA, TSA, and CBP to provide the Remote VIP services.

The Airports Authority will review and approve the Contractor's design and construction plans. The plans will also be subject to all applicable federal, state, and local regulations, including, but not limited to, the Airports Authority's Design Manual, which requires Leadership in Energy and Environmental Design certifiable construction standards.

**2    Definitions**

"Acceptance" means the act of an authorized representative of the Authority by which the Authority assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the Contract.

"Acceptance Period" means the number of calendar days available to the Authority for awarding the Contract from the date specified in this Solicitation for submission of Offers.

 "Airports Authority (Authority)" or "Owner" means the Metropolitan Washington Airports Authority.

"Beneficial Occupancy" means the occupancy of an uncompleted but functionally usable building, structure, or facility for its intended purpose under circumstances that are advantageous to the occupant and which produce relatively little interference with the Contractor in completing construction or alterations.

"Blanket Purchase Agreement (BPA)" is an order between the Authority and Seller that allows the Authority to order future goods or services on a repetitive basis, and to be billed for the goods or services received on an as-ordered basis.

"CLMS" refers to the Authority's Contract Lifecycle Management System, accessible at https://mwaa.odysseyautomation.com/odyssey.

"Contract" means the mutually binding legal relationship created by the parties' agreement after receiving Offers, Bids, or Proposals in response to this Solicitation.

"Contracting Officer" means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings.

"Contractor" or "Concessionaire" means the person, firm, corporation, or other business entity to whom the Contract is awarded.

"Correction" means the elimination of a defect.

"COTR" refers to the Contracting Officer's Technical Representative.

"Day" means calendar day unless otherwise stated. "Notice to Proceed" means the notice issued by the Authority directing the Contractor to commence the Work.

"Offer," "Bid," or "Proposal" means a response to the Solicitation, that if accepted, would bind the Offeror to perform the resulting Contract.

"Offeror" means the person, firm, corporation, or other business entity responding to the Solicitation.

"Purchase Order (PO)" is an Authority contractual instrument with specified terms and conditions to purchase goods and services issued to the Seller upon receipt of quotations of price and delivery schedule.

"SDMS" refers to the Authority's Supplier Diversity Management System, accessible at https://mwaa.diversitycompliance.com.

"Solicitation" means any request to submit an Offer or quotation to the Authority.  Following the Contracting Officer's execution of the Solicitation, Offer and Award the Solicitation will become a part of the Contract.

"Subcontract" means any agreement by Contractor with any contractor, vendor, supplier, consultant, or other person or entity to perform any part of the Work, including but not limited to the furnishing of equipment and materials, as well as any agreements between a Subcontractor and its lower tier Subcontractor(s).

"Subcontractor" means any person or entity of any tier that has entered into a Subcontract to perform any part of the Work.

"Work" means everything required to be furnished or performed by the Contractor pursuant to the statement of work, specifications, and the Contract.

## 3    Contract Type

The Authority contemplates award of a Contract with payment of a ground rent to begin at Contract execution, a Minimum Annual Guarantee ("MAG") and a percentage of rent to be remitted to the Airports Authority for all sales in the operation of the Remote VIP Services..

## 4    RESERVED

## 5    Method of Procurement; Basis of Award

The Authority is utilizing a two-phase, competitively negotiated "Best Value" procurement method.

Phase I requires submission of technical proposals based on the Statement of Work provided in Attachment 01.  Technical proposals will be evaluated based on the Phase I Technical Evaluation Criteria provided in Attachment 02.

Upon completion of Phase I technical evaluation, the Authority will select and notify one or more qualified Offerors (competitive range) who it determines submitted the most highly-rated technical proposals to participate in Phase II of the procurement process.

The Authority may hold discussions with those Offerors determined to be in the competitive range following Phase I. In Phase II, the Authority will issue the draft Contract, Phase II Technical Requirements, and Phase II Technical Evaluation Criteria and Proposal Submission Requirements to those Offerors determined to be in the competitive range.

The draft Contract, which will be executed by both parties upon finalization and selection of the successful Offeror, may address the following points, among others:

1.    Insurance.

2.    Capital investment requirements, including required initial and mid-term investments.

3.    Environmental requirements.

4.    Performance guarantee in an amount equal to [100%] of the annual MAG amount and a completion guarantee.

5.    Non-binding evaluative mediation will be the alternative dispute resolution process.

6.    Binding dispute resolution will be litigation before a court of competent jurisdiction within the Commonwealth of Virginia, without a jury.

7.    Title to the facilities will remain with the Contractor throughout the term and revert to the Authority at the expiration or termination of the term.

8.    Compliance with the Standard Provisions for Concession Contracts. (Attachment  05)

9.    Liquidated damages for failure to meet construction milestones or operational requirements.

The Authority reserves the right to eliminate, change and/or supplement any of the points included above in connection with its preparation of the draft Contract, as well as its finalization of the same. The above list and description of certain potential Contract points is non-exclusive and preliminary and will not bind the Authority in any way.

Offerors will submit a technical proposal for the proposed facility and a financial offer based on Phase II Technical Requirements.

The Authority, at its sole discretion, may enter into negotiations with the Offeror it determines provided the best technical approach and financial offer, which may include a request for Best and Final Offers.

Given the proposed 20-year operating term, the FAA will need to approve the final contract.

## 6    Submission of Offers

The Offeror shall submit its Phase I Offer electronically in the Authority's CLMS no later than 2:00 PM September 15,  2023.

**7    Documents Required in Response to Solicitation**

A.    Offerors shall include the following documents in their electronic submission for Phase I:

    1.    Signed Solicitation Offer and Award
    2.    Representations and Certifications
    3.    Phase I Technical Proposal

B.    It is anticipated that Offerors will be required to include the following documents in their electronic submission for Phase II:

    1.    Phase II Technical Proposal
    2.    Financial Offer
    3.    Insurance Affidavit
    4.    Proposal Guarantee
    5.    Subcontractor Utilization Plan
    6.    ACDBE Utilization Plan
    7.    ACDBE/SLBE Forms, as applicable:
        ▪ Letter of Intent
        ▪ Waiver Request

The Authority reserves the right to eliminate, change and/or supplement any of the anticipated Phase II document submission requirements. The above Phase II list is non-exclusive and preliminary and will not bind the Authority in any way.

Refer to Section VIII, Attachments, for documentation that, in addition to the items listed above, the Offeror is required to acknowledge or submit in response to this Solicitation.

**8    Pre-Proposal/Pre-Bid Conference**

A pre-proposal/pre-bid conference for Phase I will be held on July 13, 2023 at 10:00 AM EST at 45045 Aviation Drive Suite 200, Dulles, VA. A site visit will follow the conference.

**9    Questions and Answers**

Any prospective Phase I Offeror desiring an explanation or interpretation of the Solicitation must submit its questions via the CLMS no later than 03:00 PM July 28, 2023. The Authority may not consider any questions received after this date. Oral explanations or instructions given before the award of a Contract are not binding. Any information given to a prospective offeror concerning this Solicitation will be furnished promptly to all other prospective offerors as a Solicitation Amendment (Amendment) if that information is necessary or if the lack of it would be prejudicial to any other prospective offeror.

**10    Acknowledgment of Amendments to Solicitations**

The Authority reserves the right to amend the Solicitation, through the CLMS, prior to the date specified for submission of Offers. If the revisions under the Amendment require material changes to the Solicitation, the Authority may revise the date specified for submission of Offers and will include a revised submission date in the Amendment.

Offerors are required to acknowledge receipt of all Amendments to this Solicitation on the Solicitation Offer and Award. Failure to acknowledge all Amendments may cause the Offer to be considered non-responsive to the Solicitation.

**11    Late Submission, Modifications, and Withdrawals of Offers**

Offerors are responsible for timely submission. If an Offer is received after the time set for receipt, it is considered late and may not be considered. Offerors may submit a written revision to an Offer prior to the submission deadline. A late revision of the successful Offer may be accepted if it makes the terms of the Offer more favorable to the Authority. Offers may be withdrawn at any time prior to Contract award.

**12    Reserved**

**13    Minimum Acceptance Period**

 The Authority requires a minimum Acceptance Period of 180 calendar days from the receipt of Phase II Offer.

**14    Reserved**

**15    Taxes**

Authority purchases are exempt from sales and use taxation, both state and municipal. The Offeror is responsible for all applicable Federal, state, and local taxes on materials, labor, or services furnished by it or arising out of its operations under the Contract. Such taxes shall include, without limitation, sales, use, excise, employee benefit and unemployment taxes, customs duties, and income taxes. The Offeror therefore certifies that there are no such taxes included in its Offer.

**16    Small Local / Airport Concession Disadvantaged Business Participation**

This Solicitation has been assigned a Small Local Business Enterprise (SLBE) participation requirement of twenty-five percent (25%) of the total costs incurred in the design and construction of the facility to include any capital investments and fixed improvements made during the Term of the Contract.

The Solicitation has been assigned an initial five percent Airport Concessions Disadvantaged Business Enterprise (ACDBE) goal applicable to the operations of the Remote VIP Services. The Contract will include a requirement for compliance with the then-current ACDBE goal.

The Offeror must ensure that any firm that is proposed for SLBE or ACDBE participation is certified as such no later than the  due date for Phase II Offers.  Certification information and directories of certified firms are available in the Authority's SDMS.

The Offeror must meet the Small Local / Airport Concession Disadvantaged Business Enterprise participation requirement / goal outlined in the Solicitation. The Offeror must submit a plan to achieve the SLBE requirement and a plan to meet the ACDBE goal or submit with its Phase II Offer a request for waiver.  Phase II Offers that do not conform may be rejected.

By signing the Solicitation, Offer and Award, the Offeror commits itself to achievement of the SLBE participation requirement and the ACDBE goal in the Solicitation or at the level stated in the Offeror's approved Subcontractor Utilization and ACDBE Utilization Plans.

**17    Due Diligence**

The Offeror is responsible for satisfying itself as to the conditions affecting the requirements of the Solicitation. Any failure of the Offeror to acquaint itself with the requirements of the Solicitation shall not relieve it from estimating properly the difficulty or cost of successful performance. The Authority assumes no responsibility for any conclusions or interpretations made by the Offeror based on the information made available by the Authority.

The Authority reserves the right to perform, or have performed, due diligence procedures, including, but not limited to, on-site survey of the Offeror's facilities or examination of previous work products, to determine Offeror's capability of performing the Contract requirements.

## 18    Prerequisites for Award

A.    Banking Instructions

The Offeror shall complete all parts of the Internal Revenue Service ("IRS") Form W-9 (Request for Taxpayer Identification Number and Certification). Contract award will not be made until the Authority has received the Offeror's completed form. The form and instructions are available at www.irs.gov.

The W-9 information is requested so that the Authority may determine the need to file IRS Form 1099 in connection with payments made under the Contract. The Authority may request periodic resubmission of the W-9. If the Contractor fails to submit the form by the deadline stated in the resubmission request, the Authority may refuse to pay invoices until the Contractor has submitted the form.

The Authority requires participation in a program whereby payments under this Contract are made via electronic funds transfer into the Contractor's bank. Contractor requests to initiate such service shall include the bank name, address, account number, contact person, telephone number, and American Bankers Association (ABA) 9-digit identifying number. The initial request and any subsequent changes must be signed by the Contractor's signatory of the Contract and shall be submitted directly to the Authority's Office of Finance at vendor.setup@mwaa.com. The Contracting Officer must approve any exceptions to this requirement in writing.

Offerors are encouraged to utilize local banks and those owned and controlled by socially and economically disadvantaged individuals. For additional information, contact the Department of Supplier Diversity at supplierdiversity@mwaa.com.

B.    Information Security

All connections to the Authority networks or hosts must be certified by the Authority's Chief Information Security Officer (CISO) in writing prior to authorization for use. This includes, but is not limited to, all hardware and applications, whether hosted on Authority property or in the cloud, or managed by Authority staff or Contractor.

Prior to award, prospective Contractors must submit either a (i) recent Statement on Standards for Attestation Engagements or (ii) completed Authority Information Security Assessment Questionnaire (Questionnaire) for review and certification by the Authority's CISO. The Questionnaire is available at http://www.mwaa.com/business/contracting-manuals-forms-and-other-resources.

Offerors are not required to submit supporting documentation of compliance with this provision at the time of Offer submission.

C.    Insurance

Offeror shall maintain adequate liability, employer's liability, and workers' compensation insurance to protect the Authority and the Authority's agents, employees and contractors with respect to the indemnity provision here within and any claims under workers' compensation, safety and health and similar laws and regulations relating to the goods or services furnished hereunder. Offeror shall furnish evidence of such insurance in form and substance satisfactory to the Authority as specified in the Solicitation and upon request.

**19    Policies of the Authority**

A.    Fair Opportunity

The Authority's contracting opportunities are open to all, and it is Authority policy that no Offeror will be discriminated against because of race, color, national origin, sex, or disability in contract award. Further, Contractors shall not discriminate on the basis of race, color, national origin, sex, or disability in the performance of Authority contracts.

B.    Local, Small & Disadvantaged Business Participation

The Authority is committed to full participation in its contracting programs by local, small, and disadvantaged business enterprises and enterprises owned by minorities and women.  In addition to the stated Solicitation requirements and goals, Offerors are encouraged to include qualified MBEs and WBEs in the performance of Authority contracts to the greatest extent practicable.

C.    Sustainability

The Authority is committed to adopting and implementing sustainable policies and practices in aspects of its business to the greatest extent practicable. Offerors are encouraged to review the Authority's corporate Sustainability Plan available at https://www.mwaa.com/about/sustainability-plan and the Authority's Design Manual available at https://www.mwaa.com/business/airports-authority-design-manual and maximize the utilization of sustainable initiatives in the performance of Authority contracts.

D.    Banking

Offerors are encouraged to utilize local banks and those owned and controlled by socially and economically disadvantaged individuals. For additional information, contact the Department of Supplier Diversity at supplierdiversity@mwaa.com.

**20    Notice to Offerors**

The fact that an Offeror demonstrates alignment with Authority policies or submits the apparent successful Offer does not automatically result in Contract award. Factors, including conformity of the Offer to the Solicitation, the Offeror's responsibility, and any change in the Authority's requirements must be considered.  No contractual obligation or liability on the part of the Authority shall exist unless and until the Contract is awarded. No Offeror should begin Work until after formal notice of Contract award has been made by the Authority.

**21    Protests**

Protests must be addressed to the Vice President, Office of Supply Chain Management. Protests must be sent by (1) registered or certified mail, return receipt requested; or (2) nationally recognized delivery service which provides tracking records of at least the date sent and date received or hand delivered to the Authority's Procurement and Contracts Department. Protests sent electronically will not be accepted.

Protests that are based on the terms and conditions set forth in or omitted from a Solicitation or Amendment must be received by the earlier of the following two dates: (1) fourteen (14) days after the issuance date of the Solicitation or Amendment containing the terms and conditions that are the subject of the protest; or (2) the due date set out in the Solicitation.

Protests that are based on the manner in which Offers were evaluated or on which a Contract was awarded may only be made by an Offeror who submitted an Offer and must be received no later than seven (7) days after the Offeror knew or should have known of the basis for the protest.

If a Contract has not been awarded at the time a protest is timely filed, the Contract may not be awarded while the protest is pending, unless the President and CEO determines that award of the Contract, and, if applicable, issuance of a notice to proceed, is in the Authority's best interest.

## 22    Freedom of Information Policy

Except as otherwise noted, all related documents submitted to the Authority in response to this Solicitation, including, but not limited to, quotes, Offers, Proposals, Bids, statements of work, and/or specifications, will be open to the inspection of any citizen, or any interested person, firm, or corporation, in accordance with the Authority's Freedom of Information Policy. Trade secrets or confidential information submitted as part of an Offer will not be subject to public disclosure if exempted by the Authority's Freedom of Information Policy; however, the Offeror must invoke the protections of this section prior to or upon submission of its Offer and must identify the specific data or other materials to be protected and state the reasons why protection is necessary. The Offeror may not request that its Offer in its entirety be treated as a trade secret or confidential information, nor may an Offeror request that its pricing be treated as a trade secret or confidential information.

## 23    Title VI Solicitation Notice

The Authority, in accordance with the provisions of Title VI of the Civil Rights Act of 1964 (78 Stat. 252, 42 U.S.C. §§ 2000d to 2000d-4) and the Regulations, hereby notifies all Offerors that it will affirmatively ensure that any contract entered into pursuant to this advertisement, disadvantaged business enterprises will be afforded full and fair opportunity to submit Offers in response to this invitation and will not be discriminated against on the grounds of race, color, or national origin in consideration for an award.

## 24    Proposal Guarantee

A Proposal Guarantee in the sum of Fifty Thousand Dollars ($50,000) must be submitted by each Offeror with its Phase II Proposal. Failure to submit the Proposal Guarantee shall result in rejection of the Proposal. The Proposal Guarantee serves to guarantee execution of a Contract by the selected Offeror. In the event the selected Offeror fails to execute a Contract offered by the Authority based on the selected Offeror's Proposal, the Proposal Guarantee shall be forfeited.

The Proposal Guarantee, at the option of the Offeror, may be in the form of a certified check, cashier's check, or money order acceptable to the Authority and made payable to the Metropolitan Washington Airports Authority. Checks or money orders will be deposited into an Authority bank account designated for this purpose.

The Proposal Guarantee will be returned without interest to the unsuccessful Offeror(s) following execution of the Contract between the Authority and the selected Offeror. The Proposal Guarantee of the selected Offeror will not be released until the Contract is executed and the Contract Performance Guarantee is received by the Authority.

## SECTION VI: SPECIAL PROVISIONS

**1      Contract Term**

The term of the Contract includes a design and construction period not to exceed thirty (30) months and an operating term of twenty (20) years from the date of beneficial occupancy.

**2      RESERVED**

**3      Location and Working Hours**

This Contract shall be performed at 45041 Compass Court, Dulles VA 20166. Working hours under this Contract shall be 24 hours, 7 days a week.

**4      RESERVED**

**5      RESERVED**

**6      RESERVED**

**7      Insurance**

A.    The Contractor shall procure and maintain at its expense during the Contract period the following minimum, not maximum, insurance coverage from an insurance company or companies that is/are financially sound possessing a rating of A- VII or higher from the A.M. Best Company or an equivalent rating service, insuring the Contractor against all liability, subject to policy terms, conditions, and exclusions, for injuries to persons (including wrongful death) and damages to property and any other liability arising from or caused by the Contractor's and its agents, representatives, employees, or subcontractors activities on Airports Authority premises or for services performed under this Contract. For those companies not subject to A.M. Best's ratings or equivalent, they shall have a nationally or internationally recognized reputation and responsibility and shall be approved by the Airports Authority with such approval not to be unreasonably withheld.  The Metropolitan Washington Airports Authority premises are physically located in the Commonwealth of Virginia and it is important for Contractor to ensure that all insurance policies have Commonwealth of Virginia amendatory endorsements.

B.    Contractor shall advise the Airports Authority of any cancellation, non-renewal, or material change in any policy within fifteen (15) business days of Contractor receiving notification of such action from the insurer.

C.    All of the policies, excluding Professional Liability, required of the Contractor shall be primary and the Contractor agrees that any insurance, including self-insurance, whether primary, excess, or on any other basis, maintained by the Airports Authority shall be non-contributing with respect to the Contractor's insurance.  Any self-insured retention, deductible, or similar obligation on all of the policies shall be the sole responsibility of the Contractor.

D.    The minimum limits and types of insurance coverage requirements set forth herein will in no way be construed as the maximum as required by the Contract or as a limitation of any potential liability, or limiting the scope of the indemnity as defined in the Contract.  The Contractor must protect the Personally Identifiable Information data to which the Contractor has access to or is holding.  If the Contractor maintains broader coverage and/or higher limits than the minimums shown below, the Airports Authority requires and shall be entitled to the broader coverage and/or higher limits maintained by the Contractor.

E.    The Contractor may use commercial umbrella/excess liability insurance so that Contractor has the flexibility to select the best combination of primary and excess limits to meet the total insurance limits required by this Contract.  Any umbrella or excess liability coverage must be at least as broad as the primary coverage and contain all coverage provisions that are required of the primary coverage.

F.  The Contractor and its Subcontractors are prohibited from operating Airports Authority owned vehicles and mobile equipment.

G.  A portion of the Work requires Contractor and its Subcontractors to operate a vehicle and/or mobile equipment on the restricted areas of the airport such as Air Operations Area (AOA) and **unescorted vehicle access on restricted areas of the airport is permitted**.

H.  By requiring insurance herein, the Airports Authority does not represent that coverage and limits will necessarily be adequate to protect Contractor, and such coverage and limits shall not be deemed as a limitation on Contractor's liability under the indemnities granted to the Airports Authority in this Contract.

I.  The Airports Authority reserves the right at any time throughout the term of the Contract to adjust the aforementioned insurance requirements, if, in Airports Authority's reasonable judgment, the insurance required by the Contract is deemed inadequate to properly protect the Airports Authority's interest. The Contractor agrees that it will procure the adjusted insurance provided the coverage is available at commercially reasonable rates.

J.  The Airports Authority reserves the right to inspect relevant endorsements, declaration pages, and/or a complete copy of the insurance policy(s) from the Contractor, evidencing the coverage required herein, upon written demand. The Contractor shall provide a reasonable opportunity for the Airports Authority to inspect such insurance documents, at the Contractor's corporate office located closest to the Airports Authority's main administrative office, within fifteen (15) business days of the Airports Authority's written request for such inspection.

K.  The failure of the Airports Authority at any time to enforce the insurance provisions, to demand such certificate or other evidence of full compliance with the insurance requirements, or to identify a deficiency from evidence that is provided shall not constitute a waiver of those provisions nor in any respect reduce the obligations of the Contractor to maintain such insurance or to defend and hold the Airports Authority harmless with respect to any items of injury or damage covered by this Contract.

L.  Should any required insurance lapse during the Contract term, requests for payments originating after such lapse may not be processed at the Airports Authority's discretion until the Airports Authority's Contracting Officer receives satisfactory evidence of reinstated coverage as required by this Contract, effective as of the lapse date. The Contractor's failure to maintain the insurance required by this Contract shall also be the basis for immediate termination of this Contract at the Airports Authority's option.

M.  The Contractor shall ensure that all its Subcontractors, if any, independently carry insurance appropriate to cover the Subcontractors' exposures, or are covered under the Contractor's policies. The Contractor shall require and verify that all Subcontractors maintain insurance meeting the Contractor's requirements on specific coverages and limits and as stated herein and Contractor shall ensure that the *Metropolitan Washington Airports Authority* is also included as an additional insured and with waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority* on insurance required from its Subcontractors. The Contractor is responsible for monitoring its Subcontractors' evidence of insurance to ensure compliance with their subcontract with Contractor. Copies of all Subcontractors' evidence of insurance should be maintained by the Contractor, and upon request, be supplied to the Contracting Officer.

N.  **Construction Insurance Coverage**

The following insurance shall be provided with the policy limits thereof to be in the minimum(s), not maximum(s), as set forth below and are required during the design and construct phase of the Contract and ending upon Date of Beneficial Occupancy. The Contractor shall procure and maintain, or require its contractor(s) performing design, construction, improvements, maintenance, or repair work to the Premises to procure and maintain and furnish satisfactory evidence of the following:

1. **Professional Liability (Design Professionals Errors & Omissions)**
    a. Subject to policy terms, conditions, and limitations there shall be a limit of not less than Three Million Dollars ($3,000,000) per claim covering negligent acts, errors, mistakes, and omissions arising out of the Work or services performed by Contractor or Contractor's design team, or any person employed or contracted by Contractor or Contractor's design team.
    b. Continuous coverage shall be maintained or an extended reporting period will be exercised for a period of not less than one year from Date of Beneficial Occupancy. The retroactive date shall precede the effective date of this Contract.
    c. Coverage shall not contain any exclusion or limitation related to environmental impairments.
    d. If this coverage is provided by contractor(s) to Contractor, Contractor shall provide to the Airports Authority a certificate of insurance from Contractor's contractor(s) evidencing coverage is in effect.

2. **Course of Construction (Builder's Risk)**
    Shall cover all risks of loss for completed value of project with no coinsurance penalty provisions and shall include an installation floater. Contractor shall be named as loss payee.

3. **Commercial General Liability**
    a. Shall be written on an "occurrence" basis with a limit of not less than Ten Million Dollars ($10,000,000) per occurrence. Coverage written on a "claims-made" basis is not acceptable.
    b. Coverage shall include with sublimits and aggregates where applicable, but not be limited to, Mobile Equipment Liability; Bodily Injury and Property Damage to Third Parties, Contractual Liability, Products-Completed Operations, Personal Injury and Advertising Injury Liability, Premises-Operations, Independent Contractors and Subcontractors, and Damage to Rented Premises.
    c. The Products-Completed Operations coverage shall be provided for a minimum of one year following Date of Beneficial Occupancy.
    d. Additional Insured: The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured. A copy of the endorsement must be submitted.
    e. Waiver of Subrogation: Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*. A copy of the endorsement must be submitted.

4. **Business Automobile Liability**
    a. In the event Contractor does not own automobiles in the corporate name, Contractor shall maintain coverage with the each accident limit identified below for Hired and Non-Owned Autos, which may be satisfied by way of endorsement to the Commercial General Liability policy described above or separate Business Auto Liability policy. Evidence of either must be provided.
    b. Shall be a limit of not less than Five Million Dollars ($5,000,000) each accident for any vehicle (owned, non-owned, or hired/leased) used by the Contractor or its subcontractors.
    c. Coverage shall include handling of property for loading and unloading.
    d. If hazardous materials are to be transported, coverage shall include hauling of hazardous cargo at least as broad as that provided under the ISO pollution liability CA 99-48, and the Motor Carrier Act endorsement (MCS 90). Contractor shall comply with all Federal laws and with all states' laws and insurance requirements where hazardous materials may be transported.
    e. Additional Insured for Vicarious Liability: The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured for Vicarious Liability. This shall be documented using ISO (Insurance Services Office, Inc.) endorsement CA 20 48 DESIGNATED INSURED or an equivalent form. A copy of the endorsement must be submitted.

f.   <u>Waiver of Subrogation:</u>  Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*.  A copy of the endorsement must be submitted.

5.   **Workers Compensation and Employers Liability**
a.   Contractor shall satisfy all compulsory requirements relating to workers compensation in any jurisdiction in which benefits may be claimed to cover each employee who is or may be engaged in Work under this Contract.
b.   Coverage is compulsory in the Commonwealth of Virginia for employers of three or more employees, to include the employer and subcontractors.  If the Contractor is required by Virginia law to carry Workers Compensation coverage, the coverage shall be at Virginia Statutory Limits with Virginia coverage added to item 3A of the policy; <u>a Virginia listing under item 3C of the policy is not sufficient</u>.
c.   Employers Liability shall be a limit of not be less than One Million Dollars ($1,000,000) for bodily injury by accident and One Million Dollars ($1,000,000) each employee for bodily injury by disease.
d.   <u>Waiver of Subrogation:</u>  Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*.  A copy of the endorsement must be submitted.

6.   **Environmental Liability**
a.   Shall be a limit of not less than One Million Dollars ($1,000,000) per loss for bodily injury, property damage, and environmental cleanup costs caused by pollution conditions, both sudden and non-sudden.
b.   This requirement can be satisfied by either a separate environmental liability policy or through a modification to the Commercial General Liability policy.  Evidence of either must be provided.
c.   If the coverage is written on a claims-made basis, the Contractor warrants that any retroactive date applicable to coverage under the policy precedes the effective date of this Contract and that continuous coverage shall be maintained or an extended reporting period will be exercised for a period of not less than two years from Date of Beneficial Occupancy.
d.   <u>Additional Insured:</u>  The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured.  A copy of the endorsement must be submitted.
e.   <u>Waiver of Subrogation:</u>  Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*.  A copy of the endorsement must be submitted.

7.   **"All Risk" Property (Contractor's Property)**
Full value and full replacement cost coverage under an "All Risk" policy for any of the Contractor's real or personal property used or situated on Airports Authority's property.

O.   **Operational Insurance Coverage and Minimum Limits**

The following insurance shall be provided with the policy limits thereof to be in the minimum(s), not maximum(s), as set forth below and are required during the Contract period.

1.   **Commercial General Liability**
a.   Shall be written on an "occurrence" basis with a limit of not less than Five Million Dollars ($5,000,000) per occurrence with sublimits and aggregates where applicable.  Coverage written on a "claims-made" basis is not acceptable.
b.   Coverage shall include, with sublimits and aggregates where applicable, but not be limited to, Bodily Injury and Property Damage to Third Parties, Contractual Liability, Products-Completed Operations, Personal Injury and Advertising Injury Liability, Premises-

Operations, Independent Contractors and Subcontractors, Mobile Equipment, Liquor Liability, and Damage to Rented Premises.

c.  Coverage shall include the Assigned Premises and all on-airport vehicles and mobile equipment, and all activities of the Contractor on the Assigned Premises and the Airport Premises and all indemnifications made in the Contract.

d.  Additional Insured:  The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured.  A copy of the endorsement must be submitted.

e.  Waiver of Subrogation:  Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*.  A copy of the endorsement must be submitted.

2.  **Business Automobile Liability**

a.  In the event Contractor does not own automobiles in the corporate name, Contractor shall maintain coverage with the each accident limit identified below for Hired and Non-Owned Autos, which may be satisfied by way of endorsement to the General Liability policy described above or separate Business Auto Liability policy.  Evidence of either must be provided.

b.  Shall be a limit of not less than Five Million Dollars ($5,000,000) each accident for any vehicle (owned, non-owned, or hired/leased) used by the Contractor to fulfill the services contemplated by this Contract.

c.  Coverage shall include operating on the restricted areas of the Airport or be covered by the General Liability policy described above.

d.  Coverage shall include handling of property for loading and unloading.

e.  Additional Insured for Vicarious Liability:  The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured for Vicarious Liability.  This shall be documented using ISO (Insurance Services Office, Inc.) endorsement CA 20 48 DESIGNATED INSURED or an equivalent form.   A copy of the endorsement must be submitted.

f.  Waiver of Subrogation:  Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*.  A copy of the endorsement must be submitted.

3.  **Workers Compensation and Employers Liability**

a.  Contractor shall satisfy all compulsory requirements relating to workers compensation in any jurisdiction in which benefits may be claimed to cover each employee who is or may be engaged in Work under this Contract.

b.  Coverage is compulsory in the Commonwealth of Virginia for employers of three or more employees, to include the employer and subcontractors.  If the Contractor is required by Virginia law to carry Workers Compensation coverage, the coverage shall be at Virginia Statutory Limits with Virginia coverage added to item 3A of the policy; a Virginia listing under item 3C of the policy is not sufficient.

c.  Employers Liability shall be a limit of not be less than One Million Dollars ($1,000,000) for bodily injury by accident and One Million Dollars ($1,000,000) each employee for bodily injury by disease.

d.  Waiver of Subrogation:  Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*.  A copy of the endorsement must be submitted.

4.  **"All Risk" Property Insurance for the Assigned Premises**

a.  Insurance coverage at full value and full replacement cost for the Contractor's Real and Personal Property, the Assigned Premises building, and all improvements and betterments, including all subsequent alterations, rebuilding, replacements, changes, and additions thereto made by the Contractor against loss or damage by reason of fire, lightning, wind, hail, floods, explosion, smoke, vandalism, malicious mischief, riot, civil commotion, damage from aircraft, coverage of demolition of buildings and removal of debris, business interruption, extra expense, and hazards and risks included with so-called

"extended coverage endorsements" or "all-risk".

b.  The policy shall name the Contractor as the insured owner and shall contain an endorsement in favor of the *Metropolitan Washington Airports Authority* as Loss Payee in a form satisfactory to the Airports Authority.

c.  The policy shall be issued in an aggregate amount which shall not be less than the full replacement value (exclusive of paved surfaces, excavation, basements, and foundations) of all property on the Assigned Premises.

d.  The policy shall provide that all proceeds of such insurance shall be payable to the Contractor, in trust, to be used for the sole purpose of repairing or replacing the damaged or destroyed property on the Assigned Premises

P.  The Contractor shall provide the Contracting Officer with <u>all</u> of the required insurance policy endorsements and evidence of insurance issued by insurance company or broker/agent, in advance of the performance of any Work and as soon as possible after renewal but no later than twenty (20) business days after said renewal, exhibiting coverage as required by the *Metropolitan Washington Airports Authority's* contract terms and conditions for the entire term of the Contract, including any renewal or extension terms, and until all Work has been completed to the satisfaction of the Airports Authority.

1.  The Airports Authority has the right, but not the obligation, of prohibiting Contractor from performing Work under this Contract until such evidence of insurance has been provided to the Contracting Officer in complete compliance with the Contract terms and conditions.

2.  The evidence of insurance shall be provided on the most current industry standard form by ACORD (Association for Cooperative Operations Research and Development) or other form acceptable to the Airports Authority.

   a.  For Liability Insurance, the ACORD 25 forms older than 2016/03 will not be accepted.

   b.  Other evidence of insurance forms which may be acceptable include, but are not limited to, certificate forms created by the insurance company, Memorandum of Insurance, Certificate of Commercial Liability Insurance by ISO (Insurance Services Office, Inc.), and Manuscript Certificate of Insurance for certain offshore policy placements. Forms of these types will be considered on a case-by-case basis.

3.  The evidence of insurance shall include the Contract Number in the Certificate Holder section.

4.  If the Contractor is an entity (e.g., corporation, limited liability company, etc.) or a partnership (e.g., general partnership, limited partnership, joint venture, etc.) then Contractor shall provide the evidence of insurance in the name of Contractor's entity or partnership as the primary insured.

5.  If an Umbrella policy is used to meet the total insurance limits required by this Contract and covers more than General Liability and Automobile Liability, a statement must be provided on the evidence of insurance to indicate which policies are covered by the Umbrella policy.

6.  If an Excess policy is used to meet the total insurance limits required by this Contract, a statement must be provided on the evidence of insurance to indicate which policy it follows.

7.  The *Metropolitan Washington Airports Authority* must be specifically named as Certificate Holder on the evidence of insurance and the evidence of insurance and any other insurance-related notices shall be issued to:

**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY**
**Airport Administration Department**
**ATTN:  Solicitation Number 23-21311**
**PO BOX 17045**
**Washington DC  20041**

## 8    Occupational Safety and Health Standards

The Contractor shall apprise itself of and comply with all federal and state Occupational Safety and Health standards, including the General Duty Clause of the Occupational Safety and Health Act of 1970.

**9    Non-Disclosure and Confidentiality Agreement**

The Authority reserves the right to require that the Contractor sign a non-disclosure and confidentiality agreement in connection with the performance of this Contract.

**10    Prohibition on Posting of Plans and Specifications on Web Sites**

The posting of Metropolitan Washington Airports Authority (Authority) construction plans and specifications to individual web sites is prohibited, unless proper controls are instituted as identified below. Firms wishing to make these documents available to potential Subcontractors/suppliers may do so by providing hard copies, downloading onto CDs, or posting them onto web sites behind a secure firewall with a password for subcontractors' access. Regardless of the format used to make the documents available to potential subcontractors/suppliers, a record must be kept of who receives the documents. While the documents may not be classified per se, for security reasons, Authority construction project plans and specifications should always be considered sensitive and not made available to others without controls in place.

**11    Indemnification**

A.    To the fullest extent permitted by law, the Contractor shall hold harmless, defend and indemnify the Authority, the Authority's officers, directors, and employees, and the Authority's agents, contractors, subcontractors, and consultants, and agents and employees of any of them, from and against all claims, suits, damages, losses, expenses, and attorneys' fees, arising out of or resulting from performance of the Work, provided that such claim, suit, damage, loss or expense is attributable to bodily injury, sickness, disease or death, or to injury or damage to or destruction of tangible property (other than the Work itself) including loss of use resulting therefrom, except to the extent such injury, sickness, disease, death, damage or destruction is caused by the sole negligent act(s) or omission(s) or willful misconduct of the Authority.

B.    In claims against any person or entity indemnified under this provision by an employee of the Contractor, a subcontractor, an employee of a subcontractor, or an agent of the Contractor or a subcontractor, the indemnification obligation under this provision shall not be limited by a limitation on amount or type of damages, compensation or benefits payable by or for the Contractor or a subcontractor under workers' or workmen's compensation acts, disability benefit acts or other employee benefit acts.

**12    Contractor Personnel**

The Contracting Officer may, at any time under this Contract, require an investigation of Contractor personnel. When notified of such a requirement, the Contractor shall have completed on each employee who would have a requirement to visit and/or work at an Authority facility, such investigative forms as are furnished by the Contracting Officer.

**13    Key Personnel**

The Contractor is responsible for its employees. The Authority will not supervise the Contractor's employees, directly or indirectly. The Contractor shall not substitute any key personnel without the written consent of the Contracting Officer.

A.    <u>Superintendence by Contractor</u>

At all times during performance of this Contract , the Contractor shall directly superintend the Work or assign and have on the Work a competent superintendent who is satisfactory to the Contracting Officer and has authority to act for the Contractor.

B.  <u>Requirements for Registration of Designers</u>

The design of architectural, structural, mechanical, electrical, civil, or other engineering features of the Work shall be accomplished or reviewed and approved by architects or engineers registered to practice in the Commonwealth of Virginia. All Professional Corporations shall also be licensed in the Commonwealth of Virginia as required by the Board of Architects, Professional Engineers, Land Surveyors, Certified Interior Designers and Landscape Architects Board Regulations.

## 14  English Speaking Representative

At all times when Work is being performed on site, the Contractor shall have a representative present who has the capability of receiving instructions in the English language, speaking the English language, and explaining the Work to Contractor employees and Subcontractors performing the Work in a language in which they are capable of understanding.  The Contractor must demonstrate that the proposed representative has sufficient technical and lingual capabilities and shall immediately replace any individual not acceptable to the Authority.

## 15  Contracting Officer's Technical Representative (COTR)

The Contracting Officer may designate Authority personnel to act as his or her authorized representatives for one or more contract administration functions not involving a change in the scope, price, terms, or conditions of the Contract. Such designation will be set forth in writing by the Contracting Officer and will contain specific instructions as to the extent to which the representative may take action.

## 16  Telecommunications and Video Surveillance Services or Equipment

A.  In accordance with Federal Acquisition Regulation (FAR) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment, the Contractor is prohibited from providing covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, as such terms are defined in FAR 52.204-25, unless an exception as outlined in paragraph (B) applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104.

B.  This provision does not prohibit the Contractor from providing:

1.  A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

2.  Telecommunications equipment that cannot route or redirect user traffic or permit visibility into any user data or packets that such equipment transmits or otherwise handles.

C.  In the event the Contractor identifies covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system, during Contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report the information in paragraph (D) of this clause to the Contracting Officer, unless procedures for reporting the information are established elsewhere in this Contract.

D.  The Contractor shall report the following information pursuant to paragraph (C) of this clause:

1.  Within one business day from the date of such identification or notification: the Contract number; the order number(s), if applicable; supplier name; supplier unique entity identifier (if known); supplier Commercial and Government Entity (CAGE) code (if known); brand; model number (original equipment manufacturer number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

2.  Within 10 business days of submitting the information in paragraph (D)(1) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of covered telecommunications equipment or services, and any additional efforts that will be incorporated to prevent future use or submission of covered telecommunications equipment or services.

E.  The Contractor shall insert the substance of this clause, including this paragraph (E), in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial products or commercial services.

## 17    RESERVED

## 18    Performance Guarantee

A.  The successful Offeror shall deliver to the Airports Authority upon the execution of the Contract, each contract year, a Performance Guarantee in the amount equal to 100 percent (100%) of the Minimum Annual Guarantee.

B.  This Performance Guarantee is required in order to guarantee the full and faithful performance of the terms and conditions of the Contract by the Contractor and shall be subject to claim in full or part by the Airports Authority in the event of default by the Contractor or the Contractor's failure to fully perform the Contract.  The Contractor shall ensure that the Performance Guarantee is maintained at all times in the proper amount throughout the Contract Term.

C.  The Performance Guarantee, at the option of the Contractor, may be in the form of: 1) a certified check, cashier's check, or money order acceptable to the Airports Authority and made payable to the Airports Authority; or 2) a performance bond issued by an insurance company acceptable to the Airports Authority.

D.  If the Contractor fails to provide or maintain the Performance Guarantee in effect at any time during the period of the Contract, the Contractor shall be in default and the Contract may be terminated by the Airports Authority.

**SECTION VII: RESERVED**

## SECTION VIII: ATTACHMENTS

**01: Statement of Work**

**02: Phase I Technical Evaluation Criteria and Proposal Submission Requirements**

**03: Site Map Image**

**04: Washington Dulles International Airport Air Traffic Statistics**

**05: Standard Provisions for Concession Contracts (March 23, 2022)**

**Attachment 04**

**Washington Dulles International Airport Air Traffic Statistics**

**Please refer to the following URL: https://www.mwaa.com/dulles-air-traffic-statistics**