**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY**

PROCUREMENT AND CONTRACTS DEPARTMENT
1 AVIATION CIRCLE | WASHINGTON, DC 20001-6000 | (703) 417-8660 | WWW.MWAA.COM

# AMENDMENT OF SOLICITATION

| SOLICITATION AND AMENDMENT INFORMATION | |
|---|---|
| Solicitation Number | RFP-23-21311 |
| Solicitation Date | June 26, 2023 |
| Amendment Number | 5 |
| Effective Date | May 29, 2025 |
| **DESCRIPTION OF AMENDMENT** | |

Metropolitan Washington Airports Authority Solicitation RFP-23-21311 entitled, "Remote VIP Passenger Processing Service Concession, IAD" is amended as follows:

Pursuant to Section 4.2.3 of the Contracting Manual, the solicitation is canceled.

Except as provided herein, all terms and conditions of the referenced Solicitation remain unchanged and in full force and effect.

| SUBMISSION DEADLINE |
|---|
| Date and/or time specified for submission of Quotes or Offers **is not extended.** |
| **ACKNOWLEDGEMENT** |
| Quoters and Offerors are required to acknowledge receipt of this Amendment of Solicitation on the Solicitation Offer and Award (SOA) Form prior to the submission deadline. Failure to acknowledge Amendments may cause the Quote or Offer to be considered non-responsive to the Solicitation and rejected. |