**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY**

PROCUREMENT AND CONTRACTS DEPARTMENT
1 AVIATION CIRCLE | WASHINGTON, DC 20001-6000 | (703) 417-8660 | WWW.MWAA.COM

# SOLICITATION, OFFER AND AWARD

## SOLICITATION

| | |
|---|---|
| Number | **RFP-25-24520** |
| Title | **Remote VIP Passenger Services at IAD** |
| Point of Contact | **Donald Laffert, 703-417-8433, donald.laffert@mwaa.com** |

## OFFER

| | |
|---|---|
| Company Name | |
| Company Address | |
| Name & Title of Primary Point of Contact (POC) | |
| POC Telephone Number & Email | |
| Acknowledgment of Amendments *(Offeror acknowledges receipt of Amendments to this Solicitation. Provide number and date of each.)* | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | | | | | | | |

| | |
|---|---|
| Name & Title of Authorized Signatory | |
| Signature | |
| Date | |

## AWARD (MWAA Use Only)

| | |
|---|---|
| Contract Number | |
| Award Amount | |
| Contract Effective Date | |
| Contracting Officer | |
| Signature | |
| Date | |

## TABLE OF CONTENTS

**SECTION I: SOLICITATION OFFER AND AWARD**      **1**

**SECTION II: TABLE OF CONTENTS**      **2**

**SECTION III: FINANCIAL OFFER**      **4**

**SECTION IV: REPRESENTATIONS AND CERTIFICATIONS**      **5**

| 1 | Type of Business Organization | 5 |
| 2 | Parent Company and Identifying Data | 5 |
| 3 | Firm Identification | 6 |
| 4 | Authorized Negotiators | 6 |
| 5 | Small Local Business Enterprise (SLBE) Representation | 6 |
| 6 | Minority Business Enterprise (MBE) Representation | 6 |
| 7 | Women Business Enterprise (WBE) Representation | 7 |
| 8 | Subcontractors | 7 |
| 9 | Conflict of Interest | 7 |
| 10 | Certification of Independent Price Determination | 7 |
| 11 | Certification of Compliance With Employment Eligibility Verification, Form I-9 | 8 |
| 12 | Certification of Compliance With Minimum Living Wage Requirements | 8 |
| 13 | Certification Regarding Debarment, Suspension and Other Responsibility Matters | 8 |
| 14 | Insurance Affidavit | 9 |
| 15 | SAFETY Act | 10 |
| 16 | Telecommunications and Video Surveillance Services or Equipment | 10 |
| 17 | Certification of Compliance With Sensitive Data Protection Requirements | 10 |

**SECTION V: SOLICITATION PROVISIONS**      **11**

| 1 | Purpose and Scope | 11 |
| 2 | Definitions | 11 |
| 3 | Contract Type | 12 |
| 4 | Method of Procurement; Basis of Award | 12 |

**5**      **Submission of Offers**                                                                12

**6**      **Documents Required in Response to Solicitation**                                       12

**7**      **Pre-Proposal/Pre-Bid Conference**                                                      12

**8**      **Questions and Answers**                                                                13

**9**      **Acknowledgment of Amendments to Solicitations**                                        13

**10**     **Late Submission, Modifications, and Withdrawals of Offers**                            13

**11**     **Minimum Acceptance Period**                                                            13

**13**     **Small Local / Disadvantaged Business Participation**                                   13

**16**     **Due Diligence**                                                                        14

**17**     **Prerequisites for Award**                                                              14

**18**     **Notice to Offerors**                                                                   15

**19**     **Protests**                                                                             15

**20**     **Freedom of Information Policy**                                                         15

**21**     **Title VI Solicitation Notice**                                                         15

**22.**    **Proposal Guarantee**                                                                   16

**SECTION VI: SPECIAL PROVISIONS**                                                                  **17**

**1**      **Contract Term**                                                                        17

**2**      **Location and Working Hours**                                                           17

**4**      **Performance Guarantee**                                                                17

**5**      **Insurance Requirements**                                                               17

**6**      **Workers Wage Requirement**                                                             23

**7**      **Sensitive Data Protection Provision**                                                  23

**SECTION VII: ATTACHMENTS**                                                                        **25**

## SECTION III: FINANCIAL OFFER

The Offeror must provide a complete Financial Offer Form. The structure of the Financial Offeror form is protected, and it shall not be modified in any way. Modified Financial Offer Forms may be deemed non-conforming.

Offers must include (1) Ground Rent and (2) a Minimum Annual Guarantee (MAG) for each Contract Year and both the Ground Rend and the MAG must escalate at least three percent (3%) annually.  The minimum Ground Rent must be no less than $17,108.00 per month for the first 30 months of the Lease and the minimum MAG must be no less than $2,100,000.00 for the first year of operation.

## SECTION IV: REPRESENTATIONS AND CERTIFICATIONS

**1      Type of Business Organization**

The Offeror, by checking the applicable box, represents that:

A.     It operates as [  ] a corporation incorporated under the laws of the State of _____,
         [  ] an individual, [  ] a partnership, [  ] a nonprofit organization, or [  ] a joint venture.

B.     If the Offeror is a foreign entity, it operates as [  ] an individual, [  ] a partnership, [  ] a nonprofit
         organization, [  ] a joint venture, or [  ] a corporation, registered for business in _____ (country).

**2      Parent Company and Identifying Data**

A.     A parent company, for the purpose of this provision, is one that owns or controls the activities and basic
         business policies of the Offeror. To own the Offeror's company means that the parent company must own
         at least 51% of the voting rights in that company. A company may control an Offeror as a parent company
         even though it does not meet the requirement for such ownership if the parent company is able to
         formulate, determine, or veto basic policy decisions of the Offeror through the use of dominant minority
         voting rights, use of proxy voting, or otherwise.

B.     The Offeror _____ (Company Name) [  ] is, [  ] is not (check applicable box)
         owned or controlled by a parent company.

C.     If the Offeror checked "is" in paragraph B. above, it shall provide the following information:

         Name and Main Office Address of           Parent Company's Employer's
         Parent Company (include zip code)        Identification Number

         _____            _____
         _____
         _____
         _____

D.     If the Offeror checked "is not" in paragraph B. above, it shall insert its own Employer's Identification
         Number on the following line:

         _____

E.     The Offeror (or its parent company) [  ] is, [  ] is not (check applicable box) a publicly traded company.

F.     Principal(s), for the purposes of this certification, means officers; directors; owners; partners; and persons
         having primary management or supervisory responsibilities within a business entity (*e.g.*, general
         manager; plant manager; head of a subsidiary, division, or business segment, and similar  positions).

         The Offeror shall insert the name(s) of its principal(s) on the following line:

         _____

**3        Firm Identification**

The Offeror is requested to complete the below:

DUNS Identification Number _____ (assigned by Dun & Bradstreet, Inc., and contained in its Data Universal Numbering System, D-U-N-S). If no number has been assigned by Dun & Bradstreet, Inc., insert the word "none."

**4        Authorized Negotiators**

The Offeror represents that the following persons are authorized to negotiate on its behalf with the Metropolitan Washington Airports Authority (Authority) in connection with this Solicitation:

_____

_____

**5        Small Local Business Enterprise (SLBE) Representation**

A.    An SLBE is defined as a small business concern that is organized for profit and is located within a 100-mile radius of the District of Columbia's zero-mile marker.  Located means that as of the date of its SLBE application, the business entity has an established office or place of business within a city, county, or town within the 100-mile radius referenced above.  A small business is defined, for SLBE purposes, as a firm that is not dominant in its field, and that meets the U.S. Small Business Administration's (SBA) small business size standards for the goods or services it will be providing in response to a specific solicitation.

B.    The Offeror represents and certifies that it [ ] is, [ ] is not an SLBE as defined above.  If the Offeror is an SLBE, it further represents and certifies that there have been no material changes in the information provided with its most recent application for certification, and the Offeror continues to meet the Authority's criteria for SLBE certification.

C.    Proposed SLBEs must be certified by the Authority's Department of Small and Disadvantaged Business Programs by no later than the Solicitation due date.   Additional information is available at https://mwaa.gob2g.com/.

**6        Minority Business Enterprise (MBE) Representation**

A.    A Minority Business Enterprise is:

A firm of any size which is at least 51% owned by one or more minority persons or, in the case of a publicly-owned corporation, at least 51% of all stock must be owned by one or more minority persons; and whose management and daily business operations are controlled by such persons. A person is considered to be a minority if he or she is a citizen of lawful resident of the  United States and is:

1.    Black (a person having origins in any of the black racial groups in Africa);

2.    Hispanic (a person of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race);

3.    Portuguese (a person of Portugal, Brazilian, or other Portuguese culture or origin, regardless of race);

4.    Asian American (a person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian subcontinent, or the Pacific Islands); or

5.     American Indian and Alaskan Native (a person having origins in any of the original peoples of North America).

B.     The Offeror represents that it [   ] is, [   ] is not a MBE.

**7     Women Business Enterprise (WBE) Representation**

A.     A Women Business Enterprise is:

A firm of any size which is at least 51% owned by one or more women or, in the case of a publicly-owned corporation, at least 51% of stock must be owned by one or more such women; and whose management and daily business operations are controlled by such persons.

B.     The Offeror represents that it [   ] is, [   ] is not a WBE.

**8     Subcontractors**

A.     If the Offeror proposes to use any Subcontractor, the Offeror must furnish with its Offer:

1.     a signed Subcontractor Utilization Plan;

2.     a signed Letter of Intent or executed subcontract agreement for each SLBE Subcontractor included on the Subcontractor Utilization Plan. Templates are available at https://www.mwaa.com/business/contracting-manuals-forms-and-other-resources

B.     The Offeror represents that it intends to utilize the Subcontractor(s) listed on its Subcontractor Utilization Plan if awarded a Contract as a result of this Solicitation. Once Contract award has been made, the Offeror shall not deviate from use of the Subcontractor(s) listed on its Subcontractor Utilization Plan without Contracting Officer approval.

C.     Any Subcontractors identified as SLBE must meet the criteria outlined above.

Note: Commitment Letters are acceptable in lieu of the Subcontractor Utilization Plan and Letter of Intent for Task Contracts. An approved Subcontractor Utilization Plan is required prior to the execution of any task in accordance with Section VII, Subcontractor Utilization.

**9     Conflict of Interest**

The Offeror shall disclose below any representation, activity, or relationship involving the Offeror or its employees that may give rise to a conflict of interest were it selected for Contract award, which conflict would or could disqualify it from providing goods or services under the Contract absent a waiver from the Authority and/or other entities. In the case of such a conflict of interest, the Authority will make the final determination whether the conflict prevents the Offeror from participating in this Solicitation. If no conflicts exist, insert the word, "none."

_____

_____

**10     Certification of Independent Price Determination**

A.     The Offeror certifies that:

1.     The prices in this Offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other Offeror or competitor relating to (a) those prices, (b) the intention to submit an Offer, or (c) the methods or factors used to calculate the prices offered;

2.      The prices in this Offer have not been and will not be knowingly disclosed by the Offeror, directly or indirectly, to any other Offeror or competitor before bid opening or contract award, as appropriate, unless otherwise required by law; and

3.      No attempt has been made or will be made by the Offeror to induce any other concern to submit or not to submit an Offer for the purpose of restricting competition.

B.      Each signature of the Offeror is considered to be a certification by the signatory that the signatory:

1.      Is the person in the Offeror's organization responsible for determining the prices being offered in its Offer, and that the signatory has not participated and will not participate in any action contrary to subparagraphs A.1. through A.3. above, or

2.      a.      Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs A.1. through A.3. above

_____

*(Insert full name of person(s) in the Offeror's organization responsible for determining the prices offered in this Offer, Bid, or Proposal, and the title of his or her position in the Offeror's organization.)*

b.      As an authorized agent, certifies that the principals named in subdivision B.2.a. above have not participated, and will not participate, in any action contrary to subparagraphs A.1. through A.3. above, and

c.      As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs A.1. through A.3. above.

C.      If the Offeror deletes or modifies subparagraph A.2. above, the Offeror must furnish with its Offer a signed statement setting forth in detail the circumstances of the disclosure.

## 11      Certification of Compliance With Employment Eligibility Verification, Form I-9

The Offeror certifies that it [ ] is [ ] is not in compliance with the Immigration Reform and Control Act of 1986, Pub. L. 99-603 (8 U.S.C. 1324a) and the regulations issued thereunder.  The Offeror also certifies that its subcontractors are in compliance with the Immigration Reform and Control Act of 1986 and the regulations issued thereunder.

## 12      Certification of Compliance With Minimum Living Wage Requirements

The Offeror agrees to compensate all employees working on this Contract at least the Minimum Living Wage established in the Contract.  The Minimum Living Wage is applicable throughout the entire term of the Contract.

## 13      Certification Regarding Debarment, Suspension and Other Responsibility Matters

A.      The Offeror certifies, to the best of its knowledge and belief, that, within the three (3) year period preceding submission of this Offer:

1.      The Offeror and any of its Principals -

a.      Have [ ] have not [ ] been debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal, state, or local agency;

b.    Have [ ] have not [ ] had contractor or business license revoked;

c.    Have [ ] have not [ ] been declared non-responsible by any public agency;

d.    Have [ ] have not [ ] been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of quotes or offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; violation of labor, employment, health, safety or environmental laws or regulations;

e.    Have [ ] have not [ ] been indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subparagraph A.1.d. of this provision.

2.    All performance evaluations have [ ] have not [ ] received a rating of satisfactory or better. If not, please provide a copy of the evaluation with detailed explanation.

3.    The Offeror has [ ] has not [ ] had one or more contracts terminated for default by any Federal, state, or local agency. If so, please provide a detailed explanation.

B.    The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to Contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

C.    A certification that any of the items in paragraph A. of this provision exists will not necessarily result in withholding of an award under this Solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror non-responsible.

D.    Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph A. of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

E.    The certification in paragraph A. of this provision is a material representation of fact upon which reliance is placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, the Contracting Officer may terminate the Contract resulting from this Solicitation for default.

## 14    Insurance Affidavit

The Offeror certifies that it [ ] has [ ] has not read and reviewed the insurance provisions of the Solicitation with its insurance agent, broker, or representative.  The Offeror is required to submit an Insurance Affidavit form (Affidavit) with its Offer and proof of insurance as a condition of Contract award.  The Affidavit, which can be accessed at    https://www.mwaa.com/business/contracting-manuals-forms-and-other-resources,    must be completed by the Offeror and its insurance provider.

The Authority may declare any Offer as non-responsive if it is made without this Affidavit or if it is made with an incomplete Affidavit.  For purpose of defining Additional Insured and Waiver of Subrogation, the term "MWAA, Airports Authority, or Authority" shall mean the elected officials, boards, officers, employees, agents, and representatives of the Board.

**15      SAFETY Act**

With respect to the goods and/or services the Authority is procuring in this Solicitation, the Offeror certifies that it [ ] has [ ] does not have a Designation and/ or Certification for such goods and/or services under the SAFETY Act (6 U.S.C. 441 *et seq*.) or such Designation or Certification is [ ] not applicable for such goods and/or services.

**16      Telecommunications and Video Surveillance Services or Equipment**

In accordance with Federal Acquisition Regulation (FAR) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment, the Offeror is prohibited from providing covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system.

The Offeror represents that it is not providing to the Authority any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, as such terms are defined in FAR 52.204-25.

**17      Certification of Compliance With Sensitive Data Protection Requirements**

Sensitive Data is any data that: (1) requires safeguarding or dissemination controls pursuant to applicable law or regulation; (2) is not disclosable to the public under the Airports Authority's Freedom of Information Policy; or (3) personally identifiable information (PII).

The Offeror certifies that it will comply with the Airports Authority's Sensitive Data Protection Requirements, which are available at: https://www.mwaa.com/business/contracting-manuals-forms-and-other-resources, and the Offeror agrees to provide immediate written notice to the Contracting Officer if the Offeror comes into possession of Airports Authority Sensitive Data.

## SECTION V: SOLICITATION PROVISIONS

**1      Purpose and Scope**

The Authority is seeking a contractor to develop, lease, and operate a Remote Very Important Person (VIP) Services facility, including performing security screening, processing, and transfer of VIP passengers and their baggage to and from commercial aircraft in accordance with government guidelines, airline check-in arrangements, and providing goods and services commonly available in a commercial airport terminal or VIP airport lounge. This Solicitation and the Attachments listed in Section VII, which are incorporated into the Solicitation by reference, set forth the terms and conditions that govern the Solicitation, as well as, those that will become binding upon execution of the Contract awarded as a result of this Solicitation.

**2      Definitions**

"Acceptance" means the act of an authorized representative of the Authority by which the Authority assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the Contract.

"Acceptance Period" means the number of calendar days available to the Authority for awarding a Contract/BPA/PO from the date specified in this Solicitation for submission of Offers.

"Airports Authority (Authority)" means the Metropolitan Washington Airports Authority.

"Blanket Purchase Agreement (BPA)" is an order between the Authority and Seller that allows the Authority to order future goods or services on a repetitive basis, and to be billed for the goods or services received on an as-ordered basis.

"Buyer" means the Authority and includes its designated representatives, successors, and assignees.

"CLMS" refers to the Authority's Contract Lifecycle Management System, accessible at https://mwaa.odysseyautomation.com/odyssey.

"Contract" means the mutually binding legal relationship created by the parties' agreement after receiving Offers, Bids, or Proposals in response to this Solicitation.

"Contracting Officer" means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings.

"Contractor," "Seller," "Supplier," or "Vendor" means the person, firm, corporation, or other business entity to whom the Contract or Purchase Order is awarded.

"Correction" means the elimination of a defect.

"COTR" refers to the Contracting Officer's Technical Representative.

"Offer," "Bid," or "Proposal" means a response to the Solicitation, that if accepted, would bind the Offeror to perform the resulting Contract.

"Offeror" means the person, firm, corporation, or other business entity responding to the Solicitation.

"Purchase Order (PO)" is an Authority contractual instrument with specified terms and conditions to purchase goods and services issued to the Seller upon receipt of quotations of price and delivery schedule.

"SBCMS" refers to the Authority's Small Business Compliance Management System, accessible at https://mwaa.gob2g.com/.

"Solicitation" means any request to submit an Offer or quotation to the Authority. Following the Contracting Officer's execution of the Solicitation, Offer and Award the Solicitation will become a part of the Contract.

"Work" means everything required to be furnished or performed by the Contractor pursuant to the statement of work, specifications, and the Contract.

## 3    Contract Type

The Authority contemplates award of a Contract with payment to the Authority of ground rent and either the Minimum Annual Guarantee ("MAG"), as outlined in the Offeror's Financial Offer Form, or a percentage of annual gross receipts.

## 4    Method of Procurement; Basis of Award

The Authority is using a competitively negotiated procurement process to award this Contract, and selection will be made on a highest price, technically acceptable basis. For purposes of evaluation, price is defined as the highest total cumulative Ground Rent (Construction Period and Contract Period) and total MAG offered on the Financial Offer Form. Award will be made to the responsible Offeror who meets the Solicitation's technical requirements and offers the highest financial offer (Grand Total of Ground Rent and MAG).

## 5    Submission of Offers

The Offeror shall submit its Offer electronically in the Authority's CLMS no later than 02:00 PM November 05, 2025.

## 6    Documents Required in Response to Solicitation

A.    The Offeror shall include in its electronic submission all documents required by this Solicitation including, but not limited to, the following, as separate PDF or Microsoft Excel files, as noted:

1.    Solicitation Offer and Award (PDF)
2.    Financial Offer Form (Microsoft Excel)
3.    Representations and Certifications (Section IV) (PDF)
4.    Proposal Guarantee (Mail Physical/Original to address in Section V.22 AND upload a Copy (PDF)
5.    Small Business Program Documents (as applicable) (single PDF) Subcontractor Utilization Plan. Templates and other documents are available at https://www.mwaa.com/business/contracting-manuals-forms-and-other-resources
    a.    ACDBE Certification Letter
    b.    Subcontractor Utilization Plan and/or Commitment Letter
    c.    Letter of Intent
    d.    Waiver Request
6.    Insurance Affidavit (PDF)
7.    Technical Proposal required by Section VII, as applicable (PDF)

B.    Responses that do not include all requested information, that do not conform to the Solicitation's instructions or do not acknowledge all amendments to the Solicitation may be deemed nonconforming by the Authority and rejected without evaluation.

## 7    Pre-Proposal/Pre-Bid Conference

A pre-proposal/pre-bid conference will be held on October 8, 2025 at 10:00 AM Local Time. If applicable, a site visit will follow the conference.

**8      Questions and Answers**

Any prospective offeror desiring an explanation or interpretation of the Solicitation must submit its questions via the CLMS no later than 02:00 PM October 15, 2025. The Authority may not consider any questions received after this date. Oral explanations or instructions given before the award of a Contract are not binding. Any information given to a prospective offeror concerning this Solicitation will be furnished promptly to all other prospective offerors as a Solicitation Amendment (Amendment) if that information is necessary or if the lack of it would be prejudicial to any other prospective offeror.

**9      Acknowledgment of Amendments to Solicitations**

The Authority reserves the right to amend the Solicitation, through the CLMS, prior to the date specified for submission of Offers. If the revisions under the Amendment require material changes to the Solicitation, the Authority may revise the date specified for submission of Offers and will include a revised submission date in the Amendment.

Offerors are required to acknowledge receipt of all Amendments to this Solicitation on the Solicitation Offer and Award. Failure to acknowledge all Amendments may cause the Offer to be considered non-responsive to the Solicitation.

**10      Late Submission, Modifications, and Withdrawals of Offers**

Offerors are responsible for timely submission. If an Offer is received after the time set for receipt, it is considered late and may not be considered. Offerors may submit a written revision to an Offer prior to the submission deadline. A late revision of the successful Offer may be accepted if it makes the terms of the Offer more favorable to the Authority. Offers may be withdrawn at any time prior to Contract award.

**11      Minimum Acceptance Period**

The Authority requires a minimum acceptance period of 180 calendar days from the receipt of Offer.

**13      Small Local / Disadvantaged Business Participation**

This Solicitation has been assigned a Small Local Business Enterprise (SLBE) participation requirement of 25% of the costs for design and construction of the facility.

This Solicitation has been assigned a Disadvantaged Business Enterprise (DBE) participation goal of 0% of the total Contract amount, including any potential option periods.

This Solicitation has been assigned an Airport Concession Disadvantaged Business Enterprise (ACDBE) participation goal of 5% applicable to the operations of the Remote VIP Services, including any potential option periods.

The Offeror must ensure that any firm that is proposed for SLBE, DBE, or ACDBE participation is certified as such no later than the Solicitation due date.  Certification information and directories of certified firms are available in the Authority's SBCMS.

The Offeror must meet the Small Local / Disadvantaged Business Participation requirement / goal outlined in the Solicitation. The Offeror must either submit a plan to achieve the Small Local / Disadvantaged Business Participation requirement / goal or submit with its Offer a request for waiver to the goal or requirement. Offers that do not conform may be rejected.

By signing the Solicitation, Offer and Award, the Offeror commits itself to achievement of the Small Local / Disadvantaged Business Participation requirement / goal outlined in the Solicitation or at the level stated in the Offeror's approved Subcontractor Utilization Plan.

## 16     Due Diligence

The Offeror is responsible for satisfying itself as to the conditions affecting the requirements of the Solicitation. Any failure of the Offeror to acquaint itself with the requirements of the Solicitation shall not relieve it from estimating properly the difficulty or cost of successful performance. The Authority assumes no responsibility for any conclusions or interpretations made by the Offeror based on the information made available by the Authority.

The Authority reserves the right to perform, or have performed, due diligence procedures, including, but not limited to, on-site survey of the Offeror's facilities or examination of previous work products, to determine Offeror's capability of performing the Contract requirements.

## 17     Prerequisites for Award

A.     Banking Instructions

The Offeror shall complete all parts of the Internal Revenue Service ("IRS") Form W-9 (Request for Taxpayer Identification Number and Certification). Contract award will not be made until the Authority has received the Offeror's completed form. The form and instructions are available at www.irs.gov.

The W-9 information is requested so that the Authority may determine the need to file IRS Form 1099 in connection with payments made under the Contract. The Authority may request periodic resubmission of the W-9. If the Contractor fails to submit the form by the deadline stated in the resubmission request, the Authority may refuse to pay invoices until the Contractor has submitted the form.

The Authority requires participation in a program whereby payments under this Contract are made via electronic funds transfer into the Contractor's bank. Contractor requests to initiate such service shall include the bank name, address, account number, contact person, telephone number, and American Bankers Association (ABA) 9-digit identifying number. The initial request and any subsequent changes must be signed by the Contractor's signatory of the Contract and shall be submitted directly to the Authority's Office of Finance at vendor.setup@mwaa.com. The Contracting Officer must approve any exceptions to this requirement in writing.

B.     Information Security

All connections to the Authority networks or hosts must be certified by the Authority's Chief Information Security Officer (CISO) in writing prior to authorization for use. This includes, but is not limited to, all hardware and applications, whether hosted on Authority property or in the cloud, or managed by Authority staff or Contractor.

Prior to award, prospective Contractors must submit either a (i) recent Statement on Standards for Attestation Engagements or (ii) completed Authority Information Security Assessment Questionnaire (Questionnaire) for review and certification by the Authority's CISO. The Questionnaire is available at http://www.mwaa.com/business/contracting-manuals-forms-and-other-resources.

Offerors are not required to submit supporting documentation of compliance with this provision at the time of Offer submission.

C.     Insurance

Offeror shall maintain adequate liability, employer's liability, and workers' compensation insurance to protect the Authority and the Authority's agents, employees and contractors with respect to the indemnity

provision here within and any claims under workers' compensation, safety and health and similar laws and regulations relating to the goods or services furnished hereunder. Offeror shall furnish evidence of such insurance in form and substance satisfactory to the Authority as specified in the Solicitation and upon request.

**18      Notice to Offerors**

The fact that an Offeror demonstrates alignment with Authority policies or submits the highest Financial Offer does not automatically result in Contract award. Factors, including conformity of the Offer to the Solicitation, the Offeror's responsibility, and any change in the Authority's requirements must be considered.  No contractual obligation or liability on the part of the Authority shall exist unless and until the Contract is awarded. No Offeror should begin Work until after formal notice of Contract award has been made by the Authority.

**19      Protests**

Protests must be addressed to the Vice President, Office of Supply Chain Management. Protests must be sent by (1) registered or certified mail, return receipt requested; or (2) nationally recognized delivery service which provides tracking records of at least the date sent and date received or hand delivered to the Authority's Procurement and Contracts Department. Protests sent electronically will not be accepted.

Protests that are based on the terms and conditions set forth in or omitted from a Solicitation or Amendment must be received by the earlier of the following two dates: (1) fourteen (14) days after the issuance date of the Solicitation or Amendment containing the terms and conditions that are the subject of the protest; or (2) the due date set out in the Solicitation.

Protests that are based on the manner in which Offers were evaluated or on which a Contract was awarded may only be made by an Offeror who submitted an Offer and must be received no later than seven (7) days after the Offeror knew or should have known of the basis for the protest.

If a Contract has not been awarded at the time a protest is timely filed, the Contract may not be awarded while the protest is pending, unless the President and CEO determines that award of the Contract, and, if applicable, issuance of a notice to proceed, is in the Authority's best interest.

**20      Freedom of Information Policy**

Except as otherwise noted, all related documents submitted to the Authority in response to this Solicitation, including, but not limited to, quotes, Offers, Proposals, Bids, statements of work, and/or specifications, will be open to the inspection of any citizen, or any interested person, firm, or corporation, in accordance with the Authority's Freedom of Information Policy. Trade secrets or confidential information submitted as part of an Offer will not be subject to public disclosure if exempted by the Authority's Freedom of Information Policy; however, the Offeror must invoke the protections of this section prior to or upon submission of its Offer and must identify the specific data or other materials to be protected and state the reasons why protection is necessary. The Offeror may not request that its Offer in its entirety be treated as a trade secret or confidential information, nor may an Offeror request that its pricing be treated as a trade secret or confidential information.

**21      Title VI Solicitation Notice**

The Authority, in accordance with the provisions of Title VI of the Civil Rights Act of 1964 (78 Stat. 252, 42 U.S.C. §§ 2000d to 2000d-4) and the Regulations, hereby notifies all bidders or offerors that it will affirmatively ensure that any contract entered into pursuant to this advertisement, disadvantaged business enterprises will be afforded full and fair opportunity to submit bids in response to this invitation and no businesses will be discriminated against on the grounds of race, color, or national origin (including limited English proficiency), creed, sex, age, or disability in consideration for an award.

22.    **Proposal Guarantee**

A Proposal Guarantee in the sum of Fifty Thousand Dollars ($50,000) must be submitted by each Offeror with its Proposal. Failure to submit the Proposal Guarantee shall result in rejection of the Proposal. The Proposal Guarantee serves to guarantee execution of a Contract by the selected Offeror. In the event the selected Offeror fails to execute a Contract offered by the Authority based on the selected Offeror's Proposal, the Proposal Guarantee shall be forfeited.

The Proposal Guarantee, at the option of the Offeror, may be in the form of a certified check, cashier's check, or money order acceptable to the Authority and made payable to the Metropolitan Washington Airports Authority. Checks or money orders will be deposited into an Authority bank account designated for this purpose.

The Proposal Guarantee will be returned without interest to the unsuccessful Offeror(s) following execution of the Contract between the Authority and the selected Offeror. The Proposal Guarantee of the selected Offeror will not be released until the Contract is executed and the Contract Performance Guarantee is received by the Authority.

**Mail physical/original Proposal Guarantee to the following address:**

> **Metropolitan Washington Airports Authority**
> **2733 Crystal Drive**
> **ATTN: Donald Laffert, 7TH FLOOR**
> **Arlington, VA 22202**

## SECTION VI: SPECIAL PROVISIONS

**1        Contract Term**

This Contract has the following term: Thirty (30) months to design and construct the facility and twenty (20) years to operate the facility.

**2        Location and Working Hours**

This Contract shall be performed on the Premises. The Successful Offer must have the ability to operate the Premises 24 hours per day, 7 days per week, and 365 days per year. The Successful Offeror's daily operational schedules must revolve around customers' arrival and departure times and services requested by passengers. (See . Attachment 3, draft Lease Section 4.01 G 5)

**4        Performance Guarantee**

A.       The successful Offeror shall deliver to the Airports Authority upon the execution of the Contract a Performance Guarantee in the amount of one hundred (100%) percent of the MAG and ground rent for the first Contract year after Beneficial Occupancy as stated in the Financial Offer Form. This Performance Guarantee is required in order to guarantee the full and faithful performance of the terms and conditions of the Contract by the Contractor and shall be subject to claim in full or part by the Airports Authority in the event of default by the Contractor or the Contractor's failure to fully perform the Contract.   The Contractor shall ensure that the Performance Guarantee is maintained at all times in the proper amount throughout the Contract Term of the Contract.  (See Attachment 3, draft Lease Section 13.02)

 B.       The Performance Guarantee, at the option of the Contractor, may be in the form of: 1) a certified check, cashier's check, or money order acceptable to the Airports Authority and made payable to the Airports Authority; or 2) a performance bond issued by an insurance company acceptable to the Airports Authority.

 C.       If the Contractor fails to provide or maintain the Performance Guarantee in effect at any time during the period of the Contract, the Contractor shall be in default and the Contract may be terminated by the Airports Authority.

**5        Insurance Requirements**

A.        The Contractor shall procure and maintain at its expense during the Contract period the following minimum, not maximum, insurance coverage from an insurance company or companies that is/are financially sound possessing a rating of A- VII or higher from the A.M. Best Company or an equivalent rating service, insuring the Contractor against all liability, subject to policy terms, conditions, and exclusions, for injuries to persons (including wrongful death) and damages to property and any other liability arising from or caused by the Contractor's and its agents, representatives, employees, or subcontractors activities on Airports Authority premises or for services performed under this Contract. For those companies not subject to A.M. Best's ratings or equivalent, they shall have a nationally or internationally recognized reputation and responsibility and shall be approved by the Airports Authority with such approval not to be unreasonably withheld. The Metropolitan Washington Airports Authority premises are physically located in the Commonwealth of Virginia and it is important for Contractor to ensure that all insurance policies have Commonwealth of Virginia amendatory endorsements.

B.        Contractor shall advise the Airports Authority of any cancellation, non-renewal, or material change in any policy within fifteen (15) business days of Contractor receiving notification of such action from the insurer.

C.        All of the policies, excluding Professional Liability, required of the Contractor shall be primary and the Contractor agrees that any insurance, including self-insurance, whether primary, excess, or on any other basis, maintained by the Airports Authority shall be non-contributing with respect to the Contractor's

insurance. Any self-insured retention, deductible, or similar obligation on all of the policies shall be the sole responsibility of the Contractor.

D.    The minimum limits and types of insurance coverage requirements set forth herein will in no way be construed as the maximum as required by the Contract or as a limitation of any potential liability, or limiting the scope of the indemnity as defined in the Contract. The Contractor must protect the Personally Identifiable Information data to which the Contractor has access to or is holding. If the Contractor maintains broader coverage and/or higher limits than the minimums shown below, the Airports Authority requires and shall be entitled to the broader coverage and/or higher limits maintained by the Contractor.

E.    The Contractor may use commercial umbrella/excess liability insurance so that Contractor has the flexibility to select the best combination of primary and excess limits to meet the total insurance limits required by this Contract. Any umbrella or excess liability coverage must be at least as broad as the primary coverage and contain all coverage provisions that are required of the primary coverage.

F.    The Contractor and its Subcontractors are prohibited from operating Airports Authority owned vehicles and mobile equipment.

G.    A portion of the work requires Contractor and its Subcontractors to operate a vehicle and/or mobile equipment on the restricted areas of the airport such as Air Operations Area (AOA) and **unescorted vehicle access on AOA is permitted.**

H.    By requiring insurance herein, the Airports Authority does not represent that coverage, and limits will necessarily be adequate to protect Contractor, and such coverage and limits shall not be deemed as a limitation on Contractor's liability under the indemnities granted to the Airports Authority in this Contract.

I.    The Airports Authority reserves the right at any time throughout the term of the Contract to adjust the aforementioned insurance requirements, if, in Airports Authority's reasonable judgment, the insurance required by the Contract is deemed inadequate to properly protect the Airports Authority's interest. The Contractor agrees that it will procure the adjusted insurance provided the coverage is available at commercially reasonable rates.

J.    The Airports Authority reserves the right to inspect relevant endorsements, declaration pages, and/or a complete copy of the insurance policy(s) from the Contractor, evidencing the coverage required herein, upon written demand. The Contractor shall provide a reasonable opportunity for the Airports Authority to inspect such insurance documents, at the Contractor's corporate office located closest to the Airports Authority's main administrative office, within fifteen (15) business days of the Airports Authority's written request for such inspection.

K.    The failure of the Airports Authority at any time to enforce the insurance provisions, to demand such certificate or other evidence of full compliance with the insurance requirements, or to identify a deficiency from evidence that is provided shall not constitute a waiver of those provisions nor in any respect reduce the obligations of the Contractor to maintain such insurance or to defend and hold the Airports Authority harmless with respect to any items of injury or damage covered by this Contract.

L.    Should any required insurance lapse during the Contract term, requests for payments originating after such lapse may not be processed at the Airports Authority's discretion until the Airports Authority's Contracting Officer receives satisfactory evidence of reinstated coverage as required by this Contract, effective as of the lapse date. The Contractor's failure to maintain the insurance required by this Contract shall also be the basis for immediate termination of this Contract at the Airports Authority's option.

M.    The Contractor shall ensure that all its Subcontractors, if any, independently carry insurance appropriate to cover the Subcontractors' exposures, *or are covered under the Contractor's policies*. The Contractor shall require and verify that all Subcontractors maintain insurance meeting the Contractor's requirements on specific coverages and limits and as stated herein and Contractor shall ensure that the

*Metropolitan Washington Airports Authority* is also included as an additional insured and with waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority* on insurance required from its Subcontractors. The Contractor is responsible for monitoring its Subcontractors' evidence of insurance to ensure compliance with their subcontract with Contractor. Copies of all Subcontractors' evidence of insurance should be maintained by the Contractor, and upon request, be supplied to the Contracting Officer.

N.    **Construction Insurance Coverage**
The following insurance shall be provided with the policy limits thereof to be in the minimum(s), not maximum(s), as set forth below and are required during the design and construct phase of the Contract and ending upon Date of Beneficial Occupancy. The Contractor shall procure and maintain, or require its contractor(s) performing design, construction, improvements, maintenance, or repair work to the Premises to procure and maintain and furnish satisfactory evidence of the following:

1.    **Professional Liability (Design Professionals Errors & Omissions**)
    a.    Subject to policy terms, conditions, and limitations there shall be a limit of not less than Three Million Dollars ($3,000,000) per claim covering negligent acts, errors, mistakes, and omissions arising out of the work or services performed by Contractor or Contractor's design team, or any person employed or contracted by Contractor or Contractor's design team.
    b.    Continuous coverage shall be maintained or an extended reporting period will be exercised for a period of not less than two years from Date of completion. The retroactive date shall precede the effective date of this Contract.
    c.    Coverage shall not contain any exclusion or limitation related to environmental impairments.
    d.    If this coverage is provided by contractor(s) to Contractor, Contractor shall provide to the Airports Authority a certificate of insurance from Contractor's contractor(s) evidencing coverage is in effect.

2.    **Course of Construction (Builder's Risk)**
    Shall cover all risks of loss for completed value of project with no coinsurance penalty provisions and shall include an installation floater. Contractor shall be named as loss payee.

3.    **Commercial General Liability**
    a.    Shall be written on an "occurrence" basis with a limit of not less than Twenty Million Dollars ($20,000,000) per occurrence. Coverage written on a "claims-made" basis is not acceptable.
    b.    Coverage shall include with sub limits and aggregates where applicable, but not be limited to, Mobile Equipment Liability; Bodily Injury and Property Damage to Third Parties, Contractual Liability, Products-Completed Operations, Personal Injury and Advertising Injury Liability, Premises-Operations, Independent Contractors and Subcontractors, and Damage to Rented Premises.
    c.    The Products-Completed Operations coverage shall be provided for a minimum of two years following final acceptance of the work.
    d.    Additional Insured: The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured. A copy of the endorsement must be submitted.
    e.    Waiver of Subrogation: Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*. A copy of the endorsement must be submitted.

4.    **Business Automobile Liability**
    a.    In the event Contractor does not own automobiles in the corporate name, Contractor shall maintain coverage with each accident limit identified below for Hired and Non-Owned Autos, which may be satisfied by way of endorsement to the Commercial General Liability

policy described above or separate Business Auto Liability policy. Evidence of either must be provided.

b.      Shall be a limit of not less than Ten Million Dollars ($10,000,000) each accident for any vehicle (owned, non-owned, or hired/leased) used by the Contractor or its subcontractors.

c.      Coverage shall include handling of property for loading and unloading.

d.      If hazardous materials are to be transported, coverage shall include hauling of hazardous cargo at least as broad as that provided under the ISO pollution liability CA 99-48, and the Motor Carrier Act endorsement (MCS 90). Contractor shall comply with all Federal laws and with all states' laws and insurance requirements where hazardous materials may be transported.

e.      Additional Insured for Vicarious Liability: The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured for Vicarious Liability. This shall be documented using ISO (Insurance Services Office, Inc.) endorsement CA 20 48 DESIGNATED INSURED or an equivalent form.  A copy of the endorsement must be submitted.

f.      Waiver of Subrogation: Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*. A copy of the endorsement must be submitted.

5.      **Workers Compensation and Employers Liability**

a.      Contractor shall satisfy all compulsory requirements relating to workers compensation in any jurisdiction in which benefits may be claimed to cover each employee who is or may be engaged in work under this Contract.

b.      Coverage is compulsory in the Commonwealth of Virginia for employers of three or more employees, to include the employer and subcontractors. If the Contractor is required by Virginia law to carry Workers Compensation coverage, the coverage shall be at Virginia Statutory Limits with Virginia coverage added to item 3A of the policy; a Virginia listing under item 3C of the policy is not sufficient.

c.      Employers Liability shall be a limit of not be less than One Million Dollars ($1,000,000) for bodily injury by accident and One Million Dollars ($1,000,000) each employee for bodily injury by disease.

d.      Waiver of Subrogation: Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*. A copy of the endorsement must be submitted.

6.      **Environmental Liability**

a.      Shall be a limit of not less than One Million Dollars ($1,000,000) per loss for bodily injury, property damage, and environmental cleanup costs caused by pollution conditions, both sudden and non-sudden.

b.      This requirement can be satisfied by either a separate environmental liability policy or through a modification to the Commercial General Liability policy. Evidence of either must be provided.

c.      If the coverage is written on a claims-made basis, the Contractor warrants that any retroactive date applicable to coverage under the policy precedes the effective date of this Contract and that continuous coverage shall be maintained and evidenced to the Authority, or an extended reporting period will be exercised for a period of not less than two (2) years from termination or expiration of this Contract.

d.      Additional Insured:

    (1)  The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured.

    (2)  A copy of the Additional Insured endorsement must be submitted in accordance with the requirements of Section O below.

e.      Waiver of Subrogation:

(1) Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*.

(2) A copy of the waiver of subrogation provision or endorsement must be submitted in accordance with the requirements of Section O below.

7.    **"All Risk" Property (Contractor's Property)**

a.    Full value and full replacement cost coverage under an "All Risk" policy for any of the Contractor's real or personal property used or situated on Airports Authority's property.

O.    **Operational Insurance Coverage and Minimum Limits**

The following insurance shall be provided with the policy limits thereof to be in the minimum(s), not maximum(s), as set forth below and are required during the Contract period.

1.    **Commercial General Liability**

a.    Shall be written on an "occurrence" basis with a limit of not less than Five Million Dollars ($5,000,000) per occurrence with sub limits and aggregates where applicable. Coverage written on a "claims-made" basis is not acceptable.

b.    Coverage shall include, with sub limits and aggregates where applicable, but not be limited to, Bodily Injury and Property Damage to Third Parties, Contractual Liability, Products-Completed Operations, Personal Injury and Advertising Injury Liability, Premises-Operations, Independent Contractors and Subcontractors, Mobile Equipment, Liquor Liability, and Damage to Rented Premises.

c.    The Products-Completed Operations coverage shall be provided for a minimum of two years following final acceptance of the work.

d.    Additional Insured:

(1)    The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured.

(2)    A copy of the Additional Insured endorsement must be submitted in accordance with the requirements of Section P below.

e.    Waiver of Subrogation:

(1)    Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*.

(2)    A copy of the waiver of subrogation provision or endorsement must be submitted in accordance with the requirements of Section P below.

2.    **Business Automobile Liability**

a.    In the event Contractor does not own automobiles in the corporate name, Contractor shall maintain coverage with each accident limit identified below for Hired and Non-Owned Autos, which may be satisfied by way of endorsement to the General Liability policy described above or separate Business Auto Liability policy. Evidence of either must be provided.

b.    Shall be a limit of not less than Five Million Dollars ($5,000,000) each accident for any vehicle (owned, non-owned, or hired/leased) used by the Contractor to fulfill the services contemplated by this Contract.

c.    Coverage shall include operating on the restricted areas of the Airport or be covered by the General Liability policy described above.

d.    Coverage shall include handling of property for loading and unloading.

e.    Additional Insured for Vicarious Liability: The *Metropolitan Washington Airports Authority* shall be included as an Additional Insured for Vicarious Liability. This shall be documented using ISO (Insurance Services Office, Inc.) endorsement CA 20 48 DESIGNATED INSURED or an equivalent form. A copy of the endorsement must be submitted.

     f.    <u>Waiver of Subrogation:</u> Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*. A copy of the endorsement must be submitted.

3.    **Workers Compensation and Employers Liability**
    a.    Contractor shall satisfy all compulsory requirements relating to workers compensation in any jurisdiction in which benefits may be claimed to cover each employee who is or may be engaged in work under this Contract.
    b.    Coverage is compulsory in the Commonwealth of Virginia for employers of two or more employees, to include the employer and subcontractors. If the Contractor is required by Virginia law to carry Workers Compensation coverage, the coverage shall be at Virginia Statutory Limits with Virginia coverage added to item 3A of the policy; <u>a Virginia listing under item 3C of the policy is not sufficient</u>.
    c.    Employers Liability shall be a limit of not be less than One Million Dollars ($1,000,000) for bodily injury by accident and One Million Dollars ($1,000,000) each employee for bodily injury by disease.
    d.    <u>Waiver of Subrogation:</u> Coverage shall include a waiver of subrogation provision to waive all rights of recovery under subrogation or otherwise against the *Metropolitan Washington Airports Authority*. A copy of the endorsement must be submitted.

4.    **"All Risk" Property Insurance**
    a.    Insurance coverage at full value and full replacement cost for the Contractor's Real and Personal Property, the Authority's building, and all improvements and betterments, including all subsequent alterations, rebuilding, replacements, changes, and additions thereto made by the Contractor against loss or damage by reason of fire, lightning, wind, hail, floods, explosion, smoke, vandalism, malicious mischief, riot, civil commotion, damage, removal of debris, business interruption, extra expense, and hazards and risks included with so-called "extended coverage endorsements" or "all-risk".
    b.    The policy shall name the Contractor as the insured owner and shall contain an endorsement in favor of the *Metropolitan Washington Airports Authority* as Loss Payee in a form satisfactory to the Airports Authority.
    c.    The policy shall be issued in an aggregate amount which shall not be less than the full replacement value (exclusive of paved surfaces, excavation, basements, and foundations) of all property on the Assigned Premises.
    d.    The policy shall provide that all proceeds of such insurance shall be payable to the Contractor, in trust, to be used for the sole purpose of repairing or replacing the damaged or destroyed property on the Assigned Premises

P.    The Contractor shall provide the Contracting Officer with <u>all</u> of the required insurance policy endorsements and evidence of insurance issued by insurance company or broker/agent, in advance of the performance of any work and as soon as possible after renewal but no later than twenty (20) business days after said renewal, exhibiting coverage as required by the *Metropolitan Washington Airports Authority's* contract terms and conditions for the entire term of the Contract, including any renewal or extension terms, and until all work has been completed to the satisfaction of the Airports Authority.
    1.    The Airports Authority has the right, but not the obligation, of prohibiting Contractor from performing work under this Contract until such evidence of insurance has been provided to the Contracting Officer in complete compliance with the Contract terms and conditions.
    2.    The evidence of insurance shall be provided on the most current industry standard form by ACORD (Association for Cooperative Operations Research and Development) or other form acceptable to the Airports Authority.
        a.  For Liability Insurance, the ACORD 25 forms older than 2016/03 will not be accepted.
        b.  Other evidence of insurance forms which may be acceptable include, but are not limited to, certificate forms created by the insurance company, Memorandum of Insurance, Certificate of Commercial Liability Insurance by ISO (Insurance Services Office, Inc.), and

Manuscript Certificate of Insurance for certain offshore policy placements. Forms of these types will be considered on a case-by-case basis.

3.      The evidence of insurance shall include the Contract Number in the Certificate Holder section.

4.      If the Contractor is an entity (e.g., corporation, limited liability company, etc.) or a partnership (e.g., general partnership, limited partnership, joint venture, etc.) then Contractor shall provide the evidence of insurance in the name of Contractor's entity or partnership as the primary insured.

5.      If an Umbrella policy is used to meet the total insurance limits required by this Contract and covers more than General Liability and Automobile Liability, a statement must be provided on the evidence of insurance to indicate which policies are covered by the Umbrella policy.

6.      If an Excess policy is used to meet the total insurance limits required by this Contract, a statement must be provided on the evidence of insurance to indicate which policy it follows.

7.      The ***Metropolitan Washington Airports Authority*** must be specifically named as Certificate Holder on the evidence of insurance and the evidence of insurance and any other insurance-related notices shall be issued to:

        **METROPOLITAN WASHINGTON AIRPORTS AUTHORITY**
        **Procurement and Contracts Department**
        **ATTN: REQ Number 25-24520**
        **1 Aviation Circle**
        **Washington DC 20001-6000**

**6      Workers Wage Requirement**

The Successful Offeror shall comply with the Airports Authority's Airport Workers Wage Program. Details of the program can be found on the Airports Authority's website at:

https://www.mwaa.com/policies-regulations/airport-workers-wage-program.

**7      Sensitive Data Protection Provision**

A.      To the extent the Contractor creates, maintains, acquires, uses, disseminates, or has access to Sensitive Data in furtherance of the Contract, the Contractor shall comply with all applicable laws, guidance, standards, and Authority directives and policies pertaining to its protection.

B.      The Contractor shall notify the Authority in writing immediately upon the discovery that the Contractor is no longer in compliance with the Authority's Sensitive Data Protection Requirements, which are available at: https://www.mwaa.com/business/contracting-manuals-forms-and-other-resources.

C.      The Contractor shall report all Breaches involving Sensitive Data in writing to the Contracting Officer as soon as possible, but no more than twenty-four (24) hours after discovery. "Breach" refers to any loss of control, compromise, unauthorized disclosure, acquisition, access, or use of Sensitive Data.

D.      The Contractor shall include this clause in any subcontracts awarded under this Contract which include the creation, maintenance, acquisition, use, dissemination of, or access to Authority Sensitive Data.

E.      Prior to permitting any subcontractor access to Authority Sensitive Data, the Contractor shall require that the subcontractor agrees to:

1      Abide by this provision, including without limitation, provisions regarding compliance with Authority's Sensitive Data Protection Requirements, including Breach reporting.

2      Restrict use of and access to Authority Sensitive Data only to the subcontractor's employees with a legitimate "need to know" of the data in connection with the subcontractor's performance under the Contract; and

3    Certify in writing upon completion of the subcontractor's services, that the subcontractor has adhered to the Airports Authority's sensitive data protection requirements. The Contractor must report the subcontractor's failure to comply with this requirement to the Contracting Officer.

F.    The Contractor shall bear all costs, losses, and damages resulting from its failure to comply with this provision. The Contractor agrees to release, defend, indemnify, and hold harmless the Authority for claims, losses, penalties, damages, and costs arising out of the Contractor's or its subcontractor's negligence, unauthorized use or disclosure of Authority Sensitive Data and/or the Contractor's or its subcontractor's breach of its obligations under this provision.

## SECTION VII: ATTACHMENTS

**1    Evaluation Criteria and Proposal Submission Requirements**

**2    Financial Offer Form**

**3    Draft Land and Concession Lease and Development Agreement**

Exhibits to Draft Land and Concession Lease and Development Agreement
1.  Premises
2.  List of Client Services and Amenities
3.  Lessee's Proposal
4.  Financial Offer Form
5.  Itemized Certified Statement
6.  ACDBE Participation Monthly Report Form
7.  Spill Notification Checklist
8.  Form Stormwater Management Facility Maintenance Agreement
9.  Covered Transaction Certification