**ATTACHMENT 01**
**EVALUATION CRITERIA AND TECHNICAL PROPOSAL SUBMISSION REQUIREMENTS**

**01      EVALUATION CRITERIA**

A. Information submitted in proposals will be evaluated using only the criteria listed below. As used herein, the term "proposal" is synonymous with the term "Offer." Each criterion consists of all elements listed in the paragraph under each criterion. Please note that the elements listed in each of these paragraphs are not considered sub-criteria and will be evaluated collectively, not individually. In other words, when evaluating how well a Technical Proposal (which is the portion of the Offer described in 05 – Technical Proposal Submission Instructions) meets a particular criterion, the Authority will consider all the elements of that criterion together as a single criterion, not as separate sub-criteria. The Authority will base its evaluation on information provided by the Offeror in its proposal.

B. The Authority reserves the right to (1) award the Contract without Discussions (2) to establish a competitive range of Offerors based upon its initial evaluation of the Technical Proposals (the technical evaluation) and at subsequent points during the evaluation process, (3). to conduct oral interviews with only the Offerors in the competitive range and to include the results of the interviews in its evaluation and to consider only these firms for a contract award, and (4) request Best and Final Offers (BAFO) if in the best interest of the Authority. If BAFOs are desired, the Contracting Officer will issue a Solicitation amendment containing the BAFO request. This amendment will be issued to all Offerors still within the competitive range and will state a deadline for receipt of the BAFOs. Offerors are not required to change their Technical Proposal or Financial Offer (defined below) in response to the BAFO request but must acknowledge the BAFO amendment even if they do not change their proposals. Contract award will be made to the Offeror whose offer is deemed to be technically acceptable, with the highest total Financial Offer for the Term and that the Airports Authority deems responsible in accordance with the Airports Authority Contracting Manual.

C. Capitalized terms used in this document are defined herein or in Section V of the Solicitation.

**Definitions for Technical Evaluation**

Technical Proposals will be evaluated by their strengths, weaknesses and deficiencies against the evaluation criteria and these attributes will be communicated to the Offerors for follow-up action as appropriate.

**Definitions:**

**Clarifications**:   Communications with an Offeror for the sole purpose of eliminating minor irregularities, informalities, or apparent clerical mistakes in the proposal. Unlike Discussions, Clarifications do not give the Offeror an opportunity to revise or modify its proposal, except to the extent that correction of apparent clerical mistake results in revisions.

**Discussions:**   Oral or written communications, including negotiations, between the Authority and an Offeror (other than Clarifications) that involve information essential for determining the acceptability of the proposal or to cure identified Deficiencies in the proposal.

**Deficiencies:**   Defects in the proposal which preclude acceptance and involve any part of the Offeror's proposal which would not satisfy the Authority's minimum requirements established in the Solicitation, including failures to meet specifications, submit

information, or questionable technical or management approaches. Deficiencies disclosed during Discussions are evaluated in two categories: (1) Material - basis for rejection of the proposal because further Discussions would be meaningless; or (2) Curable – the Offeror may correct the deficiencies through Discussions and the proposal may be brought into the competitive range.

**02   EVALUATION**

A.   **Technical Proposal Evaluation Ratings**

An adjectival rating will be given depicting how well the Offeror's Technical Proposal meets or exceeds the stated evaluation criteria, as follows:

**Unacceptable**   The proposal fails to meet the evaluation standard and the Deficiency is uncorrectable. The proposal would have to undergo a major revision to become Acceptable. The proposal has a demonstrated lack of understanding of the Authority's requirements or omissions of major areas.

**Marginal**   The proposal lacks essential information to support a rating of Unacceptable or Acceptable. Deficiencies found are not Material and are Curable through Discussions. These communications are not intended as a re-write of the proposal. Marginal is not intended as a final rating but used as a placeholder.

**Acceptable**   The proposal meets the evaluation standard. Any weaknesses the proposal has are correctable. The proposal has no Deficiencies.

Technical Proposals will be evaluated based on the following Technical Evaluation Criteria:

1. Ability to Meet the Authority's Requirements (Technical Approach)
2. Past Performance (Experience)
3. VIP Facility Construction

B.   **Financial Offer Evaluation**

The Airports Authority will evaluate financial offers for reasonableness, completeness, and realism as appropriate.

**03   TECHNICAL EVALUATION CRITERIA**

**Criterion 1:  Ability to Meet the Authority's Requirements (Technical Approach)**

This criterion will be evaluated based on the Offeror's approach to develop, operate and maintain a Remote VIP Services facility, including security screening, processing, and transfer of VIP passengers and their baggage to and from commercial aircraft in accordance with government guidelines, airline check-in arrangements, and the sale of goods and services commonly available in a commercial airport terminal or VIP airport lounge. Offerors will be evaluated on their approach to: (1) managing airport security in conjunction with government entities; (2) providing passenger check-in and related services with major airline carriers; (3) operating on the Air Operations Area (AOA); and (4) incorporating an airport's security plan and procedures into the Offeror's security plan and operations.

### Criterion 2:  Past Performance (Experience)

This criterion will be evaluated based on: (1) the Offeror's previous experience in the development and operation of a similar VIP passenger services facility or provision of airport passenger-related services of comparable scope and complexity at an airport similarly sized to IAD and (2) the Offeror's detailed description of passenger services and amenities provided at the identified airport.

### Criterion 3:  VIP Facility Construction

This criterion will be evaluated based on the Offeror's ability to construct the facility within thirty (30) months after award of the Lease, including whether the design and construction schedule is realistic/feasible/achievable.

**04        TECHNICAL PROPOSAL SUBMISSION REQUIREMENTS**

To facilitate evaluation of the technical evaluation criteria identified in 03 above, the Offeror shall submit the following information as part of its Technical Proposal:

### Criterion 1:  Ability to Meet the Authority's Requirements (Technical Approach)

The Offeror shall demonstrate an understanding of the requirements of the Airports Authority, specifically the ability to operate and maintain a Remote VIP Passenger Services facility at the Airport.

Offeror shall provide the following:

> A detailed description of Offeror's approach to develop, operate, and maintain a Remote VIP Services facility, including security screening, processing, and transfer of VIP passengers and their baggage to and from commercial aircraft in accordance with government guidelines, airline check-in arrangements, and the sale of goods and services commonly available in a commercial airport terminal or VIP airport lounge.
>
> A detailed description of Offeror's approach to managing airport security in conjunction with government entities.
>
> A detailed description of Offeror's approach to providing passenger check-in and related services with major airline carriers.
>
> A detailed description of Offeror's approach to operating on the AOA, specifically addressing Offeror's knowledge of commercial aviation safety and security protocols and procedures for vehicle movements on the AOA.
>
> A detailed description of Offeror's approach to incorporating an airport's security plan and procedures into the Offeror's security plan and operations.

### Criterion 2:  Past Performance (Experience)

The Offeror shall provide details of Offeror's previous experience in the development and operation of a VIP passenger services facility or airport passenger-related services of comparable scope and complexity.

Offeror shall provide the following:

At least one domestic or foreign airport of comparable size to IAD where Offeror has experience in the development and operation of a similar VIP passenger services facility or Offeror has provided airport passenger-related services of comparable scope and complexity.

A detailed description of passenger services and amenities Offeror provided at the airport identified above.

### Criterion 3:  VIP Facility Construction

The Offeror shall demonstrate its ability to construct the facility within thirty (30) months after award of the Lease.

Offeror shall provide the following:

A design and construction schedule demonstrating the Offeror's ability to construct the facility in accordance with the applicable requirements, including the design and construction requirements at IAD, within the required timeframe.

Conceptual designs, including interior and exterior renderings, and conceptual site plans of the facility that the Offeror plans to construct.

Identification of the contractor who will construct the facility.

**05     TECHNICAL PROPOSAL SUBMISSION INSTRUCTIONS**

The Technical Proposal must demonstrate the Offeror's ability to meet all requirements in this Solicitation.

Submit complete Technical Proposal:

a.  As single PDF file, with the following contents, in the following order, not to exceed fifteen (15), single sided pages:
- Cover/Title Sheet
- Table of Contents
- Section 1: Ability to Meet the Authority's Requirements (Technical Approach)
- Section 2: Past Performance (Experience)
- Section 3: VIP Facility Construction

b. Without reference to MAG or Ground Rent.
c. Using a minimum of 11-point font, with all pages numbered; provided however, that the 11-point font requirement does not apply to charts or tables where Offerors may use smaller fonts as may be reasonably necessary to convey information in an 8 ½ by 11-inch page format.