# Congress of the United States
## Washington, DC 20515

November 3, 2025

Metropolitan Washington Airports Authority Board of Directors
1 Aviation Circle
Washington, DC 20001

Chairman Pozen and Members of the Metropolitan Washington Airports Authority Board of Directors,

We write regarding Potomac Holdings, LLC's bid for the new VIP Terminal at Washington Dulles International Airport (IAD) (RFP-25-24520). We are excited by the opportunity this project provides for a world-class experience that showcases Virginia at IAD, the gateway to our nation's capital, and believe that your selection to deliver this project should maximize the benefits both to the security, quality, and efficiency of the terminal as well as our region's pool of talented workers and companies.

Potomac Holdings, LLC, is a Sterling company founded by long-time Virginia residents and former Transportation Security Administration (TSA) and U.S. Customs and Border Protection (CBP) leaders. It is our understanding that Potomac is bidding on this RFP, which is a reissuance of an RFP issued in 2024 that was originally won by the Potomac team. Potomac has shared with us their track record of successful engagement with MWAA and extensive TSA and CBP policy and operations experience, which they believe demonstrates the ability to meet the highest standards of airport security, operational excellence, and discretion necessary for a unique project such as this.

As the federal representatives of our local communities, and given the degree of interconnection between this project, the Federal Aviation Administration, and the federal agencies that will ensure the safety and security of those using it, we respectfully urge the Board to conduct a thorough and impartial evaluation of all proposals. We trust that MWAA will select a partner that can uphold the highest standards of security, privacy, and operational excellence while creating meaningful economic opportunities in Northern Virginia.

Congress has long emphasized the importance of ensuring that the nation's airports, particularly those that serve as the gateway to our nation's capital, reflect the highest standards of safety, service, and stewardship.

As the elected representatives of Northern Virginia and the hundreds of thousands of constituents who work and travel through IAD every day, we appreciate the Board's consideration of these priorities when making this award decision and urge full and fair consideration of Potomac's application for the project.

                                               Sincerely,

_____  
Suhas Subramanyam  
Member of Congress

_____  
Mark R. Warner  
United States Senator

_____  
Tim Kaine  
United States Senator

_____  
James R. Walkinshaw  
Member of Congress

_____  
Donald S. Beyer Jr.  
Member of Congress