**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY**

PROCUREMENT AND CONTRACTS DEPARTMENT
1 AVIATION CIRCLE | WASHINGTON, DC 20001-6000 | (703) 417-8660 | WWW.MWAA.COM

# AMENDMENT OF SOLICITATION

## SOLICITATION AND AMENDMENT INFORMATION

| | |
|---|---|
| Solicitation Number | RFP-25-24520 |
| Solicitation Date | September 26, 2025 |
| Amendment Number | 2 |
| Effective Date | November 12, 2025 |

## DESCRIPTION OF AMENDMENT

Metropolitan Washington Airports Authority Solicitation **RFP-25-24520** entitled, "Remote VIP Services Facility, IAD" is amended as follows:

1. Attachment 3 draft Land and Concession Lease and Development Agreement (draft Lease) is amended to revise Section 6.02 as set forth on the attached Revised Section 6.02.

2. The ACDBE Goal is removed from Section 13 of the Solicitation and Sections 9.03. 9.04, and 9.05 are deleted from the draft Lease. Section 9.06 only applies to the SLBE Requirement. Offerors are not required to provide and small business documentation regarding ACDBEs.

3. In response to the Question regarding height limitations for the building site, the Authority has provided a diagram as supplemental information.

4. Attachment 1 Evaluation Criteria and Proposal Submission Requirements is amended to delete Section 02 B. Financial Offer Evaluation and add "The Airports Authority will evaluate the completeness of a financial offer by determining whether it is complete and responsive to the requirements set forth in the Solicitation."

5. The Airports Authority will hold a site visit to the Premises only (landside not airside) on Friday, November 21, 2025 at 10:00 AM. Offerors wishing to attend the site visit should contact the contracting officer by email at donald.laffert@mwaa.com

6. The time for submission of proposals is extended to December 5, 2025 at 2:00 PM.

Except as provided herein, all terms and conditions of the referenced Solicitation remain unchanged and in full force and effect.

## SUBMISSION DEADLINE

Date and/or time specified for submission of Quotes or Offers **is extended**.

## ACKNOWLEDGEMENT

Quoters and Offerors are required to acknowledge receipt of this Amendment of Solicitation on the Solicitation Offer and Award (SOA) Form prior to the submission deadline.  Failure to acknowledge Amendments may cause the Quote or Offer to be considered non-responsive to the Solicitation and rejected.