IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Private Suite IAD, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>Metropolitan Washington<br>Airports Authority,<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No. 1:26-cv-349<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER ON MOTION FOR TEMPORARY INJUNCTIVE RELIEF**

Before the Court is the Motion for Temporary Injunctive Relief by The Private Suite IAD, LLC ("PS"). In its motion, PS requests an order prohibiting the Metropolitan Washington Airports Authority ("MWAA") from proceeding with the award of a contract ("the Contract") under a solicitation ("the New RFP") issued by MWAA for a new private, VIP terminal at Washington Dulles International Airport.

Based on the filings and evidence presented to the Court, the Court concludes that the factors meriting temporary relief are met. The Court finds that there is a substantial likelihood of success on PS's claim that MWAA acted arbitrarily and capriciously and in violation of 49 U.S.C. §§ 49101–112 and its lease with the Secretary of Transportation in making several decisions related to this procurement, including its deletion, without explanation, of a clause from the New RFP requiring it to vet proposals from offerors for reasonableness and realism. The

-2-

Court also finds that there is irreparable harm to PS given its inability to compete fairly under the terms of the New RFP and its inability to obtain monetary relief against MWAA under 49 U.S.C. §§ 49101–112. Finally, the Court concludes that postponement of the award of the Contract pending resolution of the ownership issues presents significant harm to PS and minimal harm to MWAA, and thus, to the public, because MWAA may award the Contract following resolution of this dispute.

Accordingly, the Court hereby **ENJOINS** the award of the Contract during the pendency of this dispute.

**IT IS SO ORDERED**, this the _____ day of February 2026.

_____

UNITED STATES DISTRICT JUDGE