# EXHIBIT B

# RETENTION LETTER



**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

casmith@seyfarth.com

T (212) 218-5605

www.seyfarth.com

November 4, 2025

<u>**VIA E-MAIL**</u>

Drew Lincoln
Extime PS LLC
6875 W Imperial Highway,
Los Angeles, CA 90045-6311

Re:    Agreement for Provision of Legal Services

Dear Drew:

Thank you for selecting Seyfarth Shaw LLP ("Seyfarth" or the "Firm") to represent Extime PS LLC ("Extime"). We appreciate the opportunity to represent Extime. This letter and the enclosed Standard Terms of Engagement for Legal Services describe the basis on which our Firm will provide legal services to Extime in this matter as well as in any future matters we agree to undertake for Extime except to the extent otherwise agreed to in writing. Please review both and let me know if you have any questions about them.

<u>Client and Scope of Engagement</u>

Seyfarth will provide legal services to Extime in general advice and counseling (the "employment advice and counseling matter"). We have agreed that our engagement is limited to performance of services related to the employment advice and counseling matter. This will also confirm that unless we reach an explicit understanding to the contrary, we are being engaged by and will represent Extime only, and not any other person or entity, including owners, investors, directors, officers, partners, employees, parents, subsidiaries, or affiliated entities of Extime. Accordingly, our representation of Extime in this matter will not give rise to any conflict of interest if other clients of the Firm are or become adverse to any of Extime's corporate affiliates or subsidiaries, or any of the other related persons or entities referenced in the preceding sentence.

Because we are not Extime's general counsel, our acceptance of this engagement does not involve undertaking to represent Extime or its interests in any other matter. Our representation of Extime does not extend to providing business advice, including advice about any business implications of this engagement. In addition, our engagement does not include responsibility for insurance coverage issues or disputes, including such matters as review of Extime's insurance policies to determine applicability of coverage or claims notification, unless we specifically agree in writing to advise on one or more of these issues. As a general matter, Extime should explore all possible sources of insurance to determine availability. It is further agreed that this engagement does not extend to providing advice or information to Extime about its disclosure



obligations, if any, under applicable securities or accounting regulations or rules, unless we specifically agree in writing to advise on one or more of these issues.

Fees

Our fees for this engagement will be based upon the hourly billing rates in effect at the time of service for each attorney and other timekeeper who devotes time to your matter. My current billing rate is $820 per hour. We record our time in increments of one-tenth of an hour. We typically adjust our rates in January of each year, and you agree to be bound by those adjustments, which will be reflected on our statement for January legal services.

Future Conflicts Waiver

The Firm has offices throughout the United States and overseas and represents many other companies and individuals. Because many of our clients interact with other clients of our Firm, often we are able to undertake new matters only because our clients have consented to and waived any conflict of interest.

Extime agrees to our handling of certain types of matters involving adversity between Extime and another current or new client so long as the matter we are handling for the other client is not substantially related to any other matters we have handled or are handling for Extime. This consent permits us to represent: (1) Extime in matters adverse to existing or new clients while concurrently representing such existing or new clients in unrelated matters not involving Extime; and (2) existing or new clients in matters involving adversity to Extime, such as corporate and real estate transactions; financings; negotiation of contracts; labor, employment, and employee benefits advice; and the acquisition, perfection, or protection of rights under trademark, patent, or copyright laws.

This consent shall not apply to representing a party adverse to Extime in litigation or in any other dispute resolution proceeding. You agree that we may identify Extime as a client and disclose the general nature of our engagement(s) to other clients and potential clients for the limited purpose of seeking waivers of conflicts of interest. Your consent to this disclosure shall not apply in any instance in which the revealed information would compromise Extime's attorney-client privilege or otherwise result in prejudice to Extime.

Conclusion of Representation

Either Extime or we may terminate our representation of Extime at any time for any reason, subject on our part to the applicable Rules of Professional Conduct. Unless terminated earlier, our representation of Extime and our attorney-client relationship will terminate automatically upon completion of the work for which Extime has engaged the Firm.

****

We cannot agree to the application of outside counsel guidelines that are inconsistent with our obligations to other clients or prospective clients under the applicable Rules of Professional Conduct.

If the terms described above and in the enclosed Standard Terms of Engagement for Legal Services are satisfactory, please sign and return this letter to me or reply to the email

321256385v.1



transmitting this letter indicating that you agree to its terms. <u>Please note, however, that instructing us or continuing to instruct us on this matter constitutes Extime's agreement to and acceptance of the terms of this letter.</u>

Please do not hesitate to contact me if you have any questions. We look forward to working with you.

Very truly yours,

SEYFARTH SHAW LLP


*/s/ Cameron Smith*


Cameron Smith


CS
Encls.: Standard Terms of Engagement


Agreed:        Extime PS LLC

        By  _____Drew Lincoln_____

                Drew Lincoln
                Vice President, Legal
                Print Name and Title


321256385v.1



## STANDARD TERMS OF ENGAGEMENT FOR LEGAL SERVICES

This document sets forth the standard terms of the engagement between the client identified in the engagement letter ("you") and the Firm (defined below). Unless otherwise stated in our engagement letter or modified in writing by mutual agreement, these terms will be an integral part of our agreement with you. Please review this document carefully and contact us promptly if you have any questions.

### SEYFARTH

Seyfarth is the collective trade name for an international affiliation of legal practices operating in the US, as well as in the UK, Australia, Hong Kong, and Italy.

Seyfarth Shaw LLP is a legal entity registered in Illinois, which operates through offices across the US, while Seyfarth Shaw Australia is an unincorporated legal practice operating in Australia. Seyfarth Shaw (UK) LLP is a limited liability partnership registered in Delaware, which operates in the UK from offices in London. Seyfarth Shaw (賽法思律師事務所) is a separate partnership operating from Hong Kong as a firm of solicitors. Seyfarth operates in Italy in association with a separate entity, Seyfarth Shaw S.T.A S.R.L., registered in Milan. Seyfarth Shaw Australia, Seyfarth Shaw (UK) LLP, Seyfarth Shaw (賽法思律師事務所), and Seyfarth Shaw S.T.A. S.R.L. are collectively referred to herein as "Seyfarth Affiliates."

The phrases "we", "us", "our," and "the Firm" refer only to Seyfarth Shaw LLP and do not imply that your contract is with any Seyfarth Affiliate or that any such entities are in partnership together or accept responsibility for the acts or omissions of each other.

### OUR WORK FOR YOU

In handling your matters, we will always act on your behalf to the best of our ability. Any expressions on our part concerning the outcome of your legal matters are expressions of our best professional judgment but are not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed.

After completion of a matter, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities. Unless you engage us after completion of a matter to provide additional advice on issues arising from the matter, the Firm has no continuing obligation to advise you with respect to future legal developments.

### WHO WILL PROVIDE THE LEGAL SERVICES

Customarily, a principal attorney serves each client of the Firm. The principal attorney should be someone in whom you have confidence and with whom you enjoy working. You are free to request a change of principal attorney at any time. Subject to the supervisory role of the principal attorney, your work or parts of it may be performed by other attorneys and paralegals in the Firm. Such delegation may be for the purpose of involving attorneys or paralegals with special expertise or for the purpose of providing services on the most efficient and timely basis. Whenever practicable, we will advise you of the names of those attorneys and paralegals who will work on your matters.

We may also engage third parties such as consultants, accountants, data analysts, contract attorneys, alternative legal service providers, or Seyfarth Affiliates to support our work on your matter. If we anticipate that substantial expenses will be incurred on your behalf, we may require you to pay the vendor directly or may require a deposit to cover such expenses.

When we act as your agent and on your behalf to retain the services of a Seyfarth Affiliate we will confirm if additional engagement terms are necessary given the particular circumstances. Otherwise, your engagement letter with us and these terms of engagement will govern your relationship with the Seyfarth Affiliate to the fullest possible extent.



We may disclose some of your information to Seyfarth Affiliates where required in relation to a matter. We may also share information for other purposes, including to enable conflict checking across the practices.

### CORPORATE TRANSPARENCY ACT

We may mutually agree to provide advice to you regarding the Corporate Transparency Act ("CTA"). Any advice we provide regarding your compliance obligations under the CTA will be based upon information you provide to us. However, if a filing is required, we will not submit required beneficial ownership information ("BOI") disclosures to the U.S. Department of Treasury Financial Crimes Enforcement Network ("FinCEN") on your behalf. We also are not responsible for the monitoring or reporting of required changes in BOI for any entity. The accuracy and timely submission of BOI disclosures to FinCEN will rest solely with you. Our advice is intended to facilitate your understanding of the CTA's requirements; if reporting is required, ultimate responsibility for reporting, maintaining, and updating this information lies with your organization. If you are required to file BOI disclosures, it is imperative that the information submitted is accurate and any changes or updates are promptly reported to ensure ongoing compliance with FinCEN regulations. Please note that a failure to comply with the CTA can result in the imposition of civil or criminal penalties. Should you need advice on CTA reporting requirements or BOI disclosures, please reach out to us.

### LAW FIRMS IN OTHER JURISDICTIONS

While we are providing services to you, from time to time it may be appropriate for us to instruct law firms on your behalf in jurisdictions where we do not have the requisite expertise. While we are happy to instruct or assist you in identifying law firms in other jurisdictions, we cannot accept any liability with respect to the advice provided to you by such law firms, whether or not that advice is transmitted through us.

We will instruct another law firm on your behalf only after we have discussed the basis of retention with you. Unless otherwise agreed to by the Firm, you will be responsible for payment of the fees of such law firms, even if the invoices are transmitted through us.

### FEES AND EXPENSES

The accompanying letter describes the basis on which our fees will be determined.

We will keep accurate records of the time we devote to your work, including conferences (both in person and over the telephone), negotiations, factual and legal research and analysis, document preparation and revision, travel on your behalf, and other related matters.

We adjust the hourly rates of our attorneys annually to reflect current levels of legal experience, changes in overhead costs, and other factors.

We are often asked to estimate the amount of fees and costs likely to be incurred in connection with a particular matter. When we furnish an estimate, it is based upon our professional judgment. Any such estimate does not establish a cap on our fees and the actual cost of the matter may be greater than the amount estimated.

In addition to fees, our bills will include out-of-pocket expenses and internal charges incurred during our representation of you. Examples of such charges include overnight courier or mail service, messenger deliveries, computerized research services, and the use of photocopy machines. Where possible, our charges for these services are measured by our actual out-of-pocket costs. We would be pleased to discuss the specific schedule of charges with you and to answer any questions that you may have. If you would prefer, in some situations we can arrange for these services to be provided by third parties with direct billing to you. In most instances we will forward an invoice of a third party directly to you for payment.

321256385v.1



You will be responsible for all taxes, such as VAT, GST, sales and use tax, gross receipts tax, withholding tax, and any similar tax, imposed on or in connection with the Services, other than the Firm's income and property taxes.

In the event the Firm is requested pursuant to subpoena or other legal process to produce any documents or to provide testimony relating to engagements for you in judicial or administrative proceedings to which we are not a party, you agree to reimburse the Firm at standard billing rates for the professional time and expenses, as well as reasonable outside attorneys' fees, incurred in preparing for and responding to requests for documents and providing testimony.

### TERMS OF PAYMENT

We will bill you on a regular basis, normally each month, for both fees and expenses. You agree to make payments within thirty (30) days of receiving our statement. We reserve the right to charge an interest rate of 8% per annum for any statement paid more than thirty (30) days after it is sent. We will give you prompt notice if your account becomes delinquent, and you agree to bring the account or the retainer deposit current. If the delinquency continues and you do not arrange satisfactory payment terms, we will withdraw from the representation and pursue collection of your account. You agree to pay the costs of collecting the debt, including court costs, filing fees and reasonable attorneys' fees.

### YOUR RESPONSIBILITIES

In addition to payment of our fees and expenses, you agree to cooperate with us on the matters we handle for you, fully and accurately disclose all relevant information known or available to you, or as requested by us, respond promptly to our communications, and make necessary business and strategy decisions in a timely manner.

### TERMINATION

Your termination of our services will not affect your responsibility for payment of legal services rendered and expenses incurred before termination and in connection with an orderly transition of the matter.

### RECORD RETENTION AND DATA STORAGE

The Firm has an Information Governance Records Retention Policy that governs the retention of client and firm records. Pursuant to that policy, the Firm may destroy or otherwise dispose of electronic and hard copy records in accordance with the Firm's record retention schedule without further notification to you.

We host many of our services in firm-managed private secured data centers. These secure data centers are managed consistent with applicable data protection laws and requirements and have been audited and certified by independent auditors. We also leverage third party service providers (Azure, AWS, Salesforce, etc.) that provide cloud-based services, in order to facilitate the provision of legal services to you. We have reviewed the security of these third-party vendors, including the vendors' terms of use, policies, procedures and practices, and implemented, where necessary, additional safeguards.

### NO ASSIGNMENT

By agreeing to this representation, you agree that the legal services to be furnished pursuant to this attorney-client relationship are of a unique and personal nature that gives them an intrinsic value, and therefore, by your and our agreement, may not be assigned by either party except with the prior written agreement of both parties. Any assignment made without prior written agreement is void.



**FEE DISAGREEMENTS**

If you disagree with the amount of our fees, please discuss your concern with your principal attorney or with the Firm's Managing Partner. Typically, such disagreements are resolved to the satisfaction of both sides with little inconvenience or formality. In the event of a fee dispute that is not readily resolved, the state or district bar associations in the jurisdictions in which we practice, including in New York, pursuant to Part 137 of the Rules of the Chief Administrator, may afford you the right to request arbitration of the fee dispute under association supervision.

\* \* \* \* \*

Your agreement to this engagement constitutes your acceptance of the foregoing terms and conditions. If any of them are unacceptable to you, please advise us now so that we can resolve any differences and proceed with a clear, complete, and consistent understanding of our relationship.

321256385v.1